FILED

FEB 1 5 2018

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

_Kent Stubbs_

Case Number: __18-408-SMY__

(Clerk's Office will provide)

_Plaintiff/Petitioner(s)_

v.

_HCuA, Cunningham_
_Doctor, Shah_
_Doctor, Ahmed_
_Jane Doe, Nurse, 3-house_

_Defendant/Respondent(s)_

❏ **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983 (State Prisoner)

❏ **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

❏ **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I.   JURISDICTION

Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of confinement.

Defendant #1:

B.   Defendant _____ is employed as

(a)      (Name of First Defendant)

_____

(b)      (Position/Title)

with _____

(c)      (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ❏ Yes    ❏ No

If your answer is YES, briefly explain:

(Rev. 7/2010)                                          1 (A)

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Jane Doe, Physical Therapist
Jane Doe, Physical Therapist (Ast) )
Warden, Nicholas Lamb )
John Doe, officer, 3-house, A-wing )
John Doe, Lietenant, 3-house )
officer Bowker, 8-house, C-wing )
officer Johnson, 8house, C-wing )
Wexford, CEO, STanley Eugene )
med. Dir, Dr. Louis Shicker )
Director, John Baldwin )
_____Defendant/Respondent(s)_____
(In Their Individual and )
official capacity )

Case Number: _____
(Clerk's Office will provide)

❑ **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983 (State Prisoner)

❑ **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

❑ **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

I.    **JURISDICTION**

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

Kent Stubbs
Lawrence Correction Center
10930 Lawrence Rd.
Sumner, IL. 62466

**Defendant #1:**

B.    Defendant HCuA, Cunningham _____ is employed as
        (a)      (Name of First Defendant)

Administrator in charge of HealthCare
        (b)          (Position/Title)

with Lawrence Correction Center _____
        (c)      (Employer's Name and Address)

10940 Lawrence Rd., Sumner IL. 62466

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑Yes  ❑No

If your answer is YES, briefly explain: Working for Illinois State prison as health care unit admini-strator in charge of all medical related issues.

(Rev. 7/2010)                              1 (B)

**Defendant #2:**

C.   Defendant _Doctor, Shah_ is employed as

(Name of Second Defendant)

_Medical Doctor_

(Position/Title)

with _Lawrence Correction Center_

(Employer's Name and Address)

_10940 Lawrence Rd., Summer IL, 62466_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain: working for Illinois State Prison as a Doctor, responsible for Providing care to Patients in (HCU).

**Defendant #3:**

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Defendant _Doctor, Ahmed_ employed as

_Head Medical Doctor_

with _Lawrence Correction Center_

_10940 Lawrence Rd., Summer IL. 62466_

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by The state, local, or federal government?   ☑ Yes   ☐ No

If yes, Briefly Explain: working for Illinois State Prison as a doctor, responsible for providing care To Patients in (HCU).

Defendant #4:

Defendant Jane Doe, Nurse, 3-house Employed as

Med-Line Nurse in 3-house

With Lawrence Correction Center

10940 Lawrence Rd., Sumner, IL. 62466

At the time the claim(s) alleged in this complaint arose, was Defendant #4 employed by the State, local, or federal government?   ☑ yes   ☐ No

If yes, Briefly Explain: work for Illinois State Prison as a nurse, responsible for providing care to inmate patients.

Defendant #5:

Defendant Jane Doe, Physical Therapist employed as

Physical Therapist in charge

with Lawrence Correction Center

10940 Lawrence Rd., Sumner, IL. 62466

At the time the claim(s) alleged in this complaint arose, was Defendant #5 employed by the State, Local, or federal government?   ☑ yes   ☐ No

If yes, Briefly Explain: work for Illinois State Prison as Therapist, responsible for providing care to inmates.          2(B)

Defendant #6:

Defendant Jane Doe, Physical Therapist employed as

Physical Therapist Assistant

with Lawrence ~~Medical~~ Correction Center

10940 Lawrence Rd. Sumner, IL. 62466

At the time this claim(s) alleged in this Complaint arose, was Defendant #6 employed by the State, local, or federal government?    ☑ yes    ☐ No

If yes, Briefly Explain: Working at Illinois State Prison as a Therapist, responsible for Providing care to Inmate Patients.

Defendant #7:

Defendant Warden, Nicholas Lamb employed as

Warden In Charge of Operations

with Lawrence Correction Center

10940 Lawrence Rd. Sumner IL. 62466

At the time this Claim alleged in this Complaint arose, was Defendant #7 employed by the State, Local, or Federal government?    ☑ yes    ☐ No

If yes, Briefly Explain: Working for Illinois State Prison as head warden, responsible for over seeing entire prison operation. 2(c)

Defendant #8:

Defendant John Doe, officer, (3-House C-wing) employed as

3-house officer in charge of C-wing.

with Lawrence Correction Center

10940 Lawrence Rd., Sumner IL. 62466

At the time the claim(s) alleged in this complaint arose, was defendant #8 employed by The State, local, or Federal government?  ☑ yes   ☐ No

If yes, Briefly Explain: work for Illinois State Prison as an officer.

Defendant #9:

Defendant John Doe, Lietenant (3-house) employed as

Lietenant in charge of 3-house

with Lawrence Correction Center

10940 Lawrence Rd., Sumner IL. 62466

At the time the claim(s) alleged in this complaint arose, was Defendant #9 employed by The State, local, or Federal government?  ☑ yes   ☐ No

If yes, Briefly Explain: work for Illinois State Prison as a Lietenant, resposible for Prison Security and safety.

2-(D)

Defendant #10:

Defendant Officer, Bowker ( 8-house c-wing )  employed as

8-house officer in charge of c-wing

with Lawrence Correctional Center

10940 Lawrence Rd., Sumner IL. 62466

At the time the claim(s) alleged in this complaint arose, was Defendant #10 employed by the state, local, or federal government?  ☑ yes  ☐ No

If yes, Briefly Explain: work for Illinois State Prison as a Correctional officer.


Defendant #11:

Defendant Officer Johnson ( 8-house c-wing ) employed as

8-house officer in charge of c-wing

with Lawrence Correction Center

10940 Lawrence Rd., Sumner IL. 62466

At the time the claim(s) alleged this Complaint arose, was Defendant #11 employed by the state, local, or federal government?  ☑ yes  ☐ No

If yes, Briefly Explain: work for Illinois State Prison as a Correctional officer.

Defendant #12:

Defendant CEO, Stanley Eugene _____ employed as

CEO, Wexford medical _____

with Wexford Health incorporated _____

105 Holiday Drive, foster Plaza four, Pittsburgh,
PA. 15220

At the time the claim(s) alleged in this complaint arose,
was Defendant #12 employed by the state, local, or federal
government? ☑ Yes   ☐ No

If yes, Briefly Explain: CEO of wexford, Employed
by the state, to provide medical care to Illinois
state prisoners.

Defendant #13:

Defendant Med. Dir, Dr. Louis Shicker _____ employed as

IDoc medical Director _____

with Illinois Dept. of Corrections medical _____

James R. Thompson Center, 100 w. Randolph, ST.
Suite 4-200, Chicago IL. 60601

At the time the claim(s) Alleged this complaint arose, was
Defendant #13 employed by The state, local, or federal
government? ☑ Yes   ☐ No

If yes, Briefly Explain: Medical Director of Illinois
State prisons responsible for overseeing medical
services at all Illinois State prisons.

2(F)

Defendant #14:

Defendant <u>Director, John Baldwin</u>, employed as

<u>Director of Illinois Dept of Corrections</u>

with <u>Illinois Department of Corrections</u>

<u>1301 Concordia Court, P.O. Box 19277,</u>
Springfield IL. 62794-9277

At the time the claim(s) alleged in this complaint arose,
was defendant #14 employed by the State, local or
federal government?     ☑ yes     ☐ No

If yes, Briefly Explain: Director of Illinois State
Prisons, responsible for prison operations in the
State of Illinois.

2(G)

## II.     PREVIOUS LAWSUITS

A.     Have you begun any other lawsuits in state or federal court relating to
your imprisonment?                                    ☑ Yes      ☐ No

B.     If your answer to "A" is YES, describe each lawsuit in the space below.  If
there is more than one lawsuit, you must describe the additional lawsuits
on another sheet of paper using the same outline.  <u>Failure to comply with
this provision may result in summary denial of your complaint.</u>

1.     Parties to previous lawsuits:
Plaintiff(s):      Kent Stubbs

Defendant(s):   Tom Dart et al.,

2.     Court (if federal court, name of the district; if state court, name of
the county):   Northern District of Illinois

3.     Docket number:   14 C 5271

4.     Name of Judge to whom case was assigned:   Manish S. Shah

5.     Type of case (for example: Was it a habeas corpus or civil rights
action?):   Civil Rights violation for living
conditions.

6.     Disposition of case (for example: Was the case dismissed?  Was it
appealed?  Is it still pending?):   Settlement reached

7.     Approximate date of filing lawsuit:   July 16, 2014

8.     Approximate date of disposition:   Sept. 15, 2017

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to
your imprisonment?                                   ☑ Yes     ☐ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If
there is more than one lawsuit, you must describe the additional lawsuits
on another sheet of paper using the same outline.  <u>Failure to comply with
this provision may result in summary denial of your complaint.</u>

1.   Parties to previous lawsuits:  Kent Stubbs
Plaintiff(s):

Defendant(s):  Nicholas Lamb et.al.,

2.   Court (if federal court, name of the district; if state court, name of
the county):  Southern District of Illinois

3.   Docket number:  17-838-smy

4.   Name of Judge to whom case was assigned:  Staci m. Yandle

5.   Type of case (for example: Was it a habeas corpus or civil rights
action?):  Civil Rights Actions

6.   Disposition of case (for example: Was the case dismissed?  Was it
appealed?  Is it still pending?):  Still pending

7.   Approximate date of filing lawsuit:  August 7, 2017

8.   Approximate date of disposition:  2/7/18

(Rev. 7/2010)                          3 (B)

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution?  ☑ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C.   If your answer is YES,
   1.   What steps did you take? Exhausted The grievence Process in multiple grievences over a Period of Several months

   2.   What was the result? most issues raised in my grievences went unresolved by The grievence process.

D.   If your answer is NO, explain why not.   N/A ——

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

F.   If your answer is YES,
   1.   What steps did you take?

   2.   What was the result?

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

IV.   **STATEMENT OF CLAIM**

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments of citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On Monday, April 10, 2017, I was awakend by the unit officer for Med-Line and was attempting to climb down off the top bunk when I missed the railing with my foot and lost my balance. I fell down backwards several feet, hitting my head and back, on the concrete floor severely injuring myself. (3-House, A-Wing).

The unit officer notified the Lietenant on duty and the nurse who was passing out meds. The nurse came over to help as I layed there in pain and couldn't breath. I felt something in my back pop. I had a large knot on the back of my head and a swollen left wrist and pinky finger. (See Exhibit - 1).

The nurse examined my injuries and asked me how did I fall, and I told her I could not find the bed rail with my foot and I lost my balance. The nurse then stated to the Lietenant, "They really should have ladders on the beds, I've seen more and more inmates fall and hurt themselves." (See Exhibit-1)

Because of the fall, I was unable to get up, and could barely move. I layed there several minutes waiting for a stretcher to come. After a long wait, I was told by the Lietenant there was no one available to bring the stretcher. So instead, I was lifted off the floor by the unit officer, nurse, and Lietenant, and placed into a wheel chair, which caused me to indure further pain and ~~injuried~~ injury to my lower back.

I was wheeled over to medical by the unit officer, and x-rayed by one of the nurses on duty.

Later that day, the x-rays of my head, back, and hand were examined by Dr. Shah, who concluded there were no broken bones. Dr. Shah then indicated I would be released and sent back to my cell, to which I then informed Dr. Shah that I felt something pop in my back and I was in severe pain and could not get up or move on my own without help. I couldn't even get in and out the wheel chair without help from the nurse or the inmates working in medical.

Dr. Shah then stated he would provide me a wheel chair and a low bunk, low gallery permit, and medication to help with the pain. I was kept in Health care overnight.

The next morning, April 11, 2017, I was helped into a wheel chair by one of the inmate workers in medical, and provided a urine-cup to pee in, and wheeled over to (8-house, unit-c), and placed into an 'ADA' (handycap) cell all by myself.

That same night, early morning wednesday, April 12, 2017, I was stuck in bed, unable to get up or move for nearly (14-hours) after I further injured my back trying to get up in the middle of the night for a drink of water. In which I further irritated my injury and became incompasitated and unable to move and ended up urinating on myself three times as I layed there several hours waiting for help. (See Exhibit-2)

I couldn't get up or move, or reach the Emergency call Button on the wall on the other side of the room. I could only lay there waiting for the officer to come pass on his rounds. I layed there for what seemed like hours and no one came and I eventually fell back to sleep. when I woke up the pain was even worse.

5 (B)

I missed breakfast and Lunch, and it wasn't until around 12 pm, one of the officers on duty finally came to my cell. officer 'Bowker', The unit officer began opening the cell doors to let inmates out of their cells for day room to shower and use the Telephone. when officer Bowker opened my cell door I emediately told officer Bowker I needed help. I told officer Bowker I had injured my back and needed medical attention. Instead of calling for help, officer Bowker told me to write a request Slip and Send it to Medical. I told officer Bowker it was an Emergency. I Could not get up out of The Bed. I needed help. I Also Explained that I could not even get up To get To Lunch or to eat my Breakfast, because I was in Pain. Officer Bowker ignored My request for help and responded by again Telling me To put in a request Slip for Sick call. officer Bowker Then closed the cell door and left me laying there. He did not come back to my cell to check on me at all for the rest of his Shift, even though I told him I needed help and could not get up. And because of officer Bowker's deliberate neglect ~~and~~ towards My Emergency medical need, I was forced to lay there until the next Shift arrived. I was weak, Nausiated, and dehydrated. I layed There for nearly 14-hours with nothing to eat or drink, and could not ~~get~~ get up to use The bathroom, So ~~after~~ I filled my urine cup I tried holding my urine until I couldn't hold it anymore and I ended up urinating on myself (3) times.

When The next Shift officer arrived, I was able To get his attention and he called for help, and I was taken on a stretcher to Healthcare and transported to an outside Hospital where I recieved further medical Examination.

Several hours later I was returned to the prison and taken

5(c)

back to my cell again by myself with no 'ADA-Attendant' to assist me, and over the next few weeks I continued to experience severe pain in my lower back, (See Exhibits: 3A-3D). I was only given a 200 mg. Ibuprofin which did nothing to help with the pain. A few weeks later on April 26, 2017, I was Perscribed a different Pain medication by Dr. Shah that also did little to help with the pain. (See Exhibits:4A-4B).

On April 30, 2017, I reinjured my back again as I was getting out of bed and spent the next few weeks in excruciating pain and was denied Emergency medical attention by officer Johnson and the medical Staff. (See Exhib.7:5).

On may 7, 2017, I began filing grievences against officer Johnson and the medical Staff and the prison Administration for the unsafe BunkBeds and poor medical treatment I've recieved as a result of my injury. I was harrassed and retaliated against by officer Johnson and began to fear for my health and Safety. I filed Emergency grievences requesting to be moved to a different housing unit, away from officer Johnson, but my Emergency grievances were ignored by the Administration. (See Exhibits:6A-6B).

I lived in fear and refused to come out my cell most days. It wasn't until After I wrote to mrs. weaver in the Placement office and told her about my fears and concerns that I was then moved to a different housing unit, away from officer Johnson. (See Exhib.7:7).

On may 26, 2017, my Perscription for pain medication expired, and I was not provided any refill or any other medication to help with my back pain. And I was no longer being Seen by Dr. Shah. I was told that Dr. Shah retired and was no longer working, and I was Seen by a new Doctor, Dr. Ahmed.

5(D)

The first time I met with Dr. Ahmed was May 24, 2017, two days before my pain medication expired. Dr. Ahmed did not examine me or make any attempt to determine the severity of my back injury at all. I only met with Dr. Ahmed in his office for about five minutes, and two days later, my medication expired, and I was refused any further treatment. ~~treatment.~~ I submitted multiple request to see the doctor and was instead seen by nurses who kept telling me there was nothing they could do to help with my back pain. For months I was cut off and denied any medical treatment for my chronic back pain. Despite my dozens of medical request and please for emergency medical treatment, I was deliberately denied any medical treatment or medication. (See Exhibits: 8A-8k).
I was also denied 'ADA-assistance' despite my severe back injury and multiple written request. (See Exhibits: 9A-9E).
   I made (HCUA) Cunningham, head of medical, aware of my needs and the neglect that I had suffered in a letter that I sent to her. (See Exhibit: 10). I also sent a letter to the warden, Nicholas Lamb, making him aware of the abuse and neglect I was experiencing. (See Exhibit: 11). And I filed a grievance against Dr. Ahmed for deliberatly denying me proper medical treatment and causing me to suffer needlessly in pain, and for not providing me an ADA assistant. (See Exb. 7: 12). But non of the staff or administration made any effort to address any of my issues.
   As a result of the administrations neglect and failure to immediately address my medical needs I was made to suffer in severe pain for months. Several times within a four month period I was denied emergency medical attention.

5(E)

and when I was seen by Dr. Ahmed or one of the nurses, my medical need were either ignored or nothing was done to resolve or address any of my medical problems. medical Staff continued to deny me treatment for my pain and the ADA assistance that I needed. I even made multiple request for Physical Therapy. And after months of Asking, I was finally provided Physical Therapy on or about June 20, 2017, in which I attended Therapy twice a week, for nearly two months. I was usually Seen by one Therapist. Then on or about August 18, 2017, I was Seen by Two Therapist. (my regular Therapist, and a younger Therapist who Seem to be assisting her.) — My regular Therapist Sat watching as the younger Therapist Asked me multiple questions about my health and Level of pain. The younger Therapist became Angrey or irritated by my Answers, and began to treat me very ~~hostla~~ hostil and rude. She ordered me to climb onto the exercise matt, then told me to try and stand. I told her I **could** not stand without holding on to something. I told her I could not place my full body weight on my legs without experiencing unbareable pain in my lower back. She then told me to hold on to the back of my wheel chair and pull myself up as she held the front of the wheel chair. And as I stood holding my weight mostly on my arms, the Therapist let go of the wheelchair causing me to Apply excessive weight to my lower back and I fell onto the exercise matt in extremely agonizing pain. (see Exhibit : 13). the nurse showed no care or concern for my injury, and told me she would be recomending my Therapy Sessions be terminated because I was not Showing any progress. - After the incident, I was not called back to any-more Therapy. I saw the doctor multiple times after the

5(F)

incident and he kept asking me how was my Therapy going, and I kept telling him that I haven't been called back over. In the months following the incident I made multiple request to be sent to see a specialist with experience in treating patients with severe back injuries and/or nerve damage, but my request for outside treatment has been ignored.

On August 25, 2017, I wrote a grievence against (HCUA) Cunningham, for failing to properly address any of my medical needs. (See Exhibit: 14), and on October 18, 2017, I wrote a grievence against the warden for his part in ignoring and failing to address the serious and blatent neglect by medical staff as well as other prison officials for failing to respond properly to my medical needs. (See Exhibits: 15A-15B), I continued to file medical request to mrs. Cunningham, and request to the warden, and only recently around about October 27, 2017, did the administration began to address these issues, after I filed grievences against the Head of medical, (HCUA) Cunningham, warden Lamb, and Dr. Ahmad.

As a result of the injury I sustained in my fall from the top bunk, I am currently still in a wheel chair, unable to perform the most basic daily functions and need assistance getting to and from the chow hall and call passes on a daily basis.

Only recently after filing grievences against (HCUA) Cunningham, warden Lamb, and Dr. Ahmed, did I began to recieve medication for my pain, an 'ADA' attendant, and permission to attend 'ADA' gym. I have also made medical staff aware that the medication I'm currently recieving does very little to eleviate the pain. (This is the same medication I was recieving before, that I told the doctor it did not work to relieve the pain) - (See Exhibits: 16A-16I).

~~[struck-through text]~~

After recieving my medical permit for ADA-gym, and an ADA attendant, I have repeatedly been denied permission to attend ADA-gym, despite my medical permit provided by Dr. Ahmed, granting me medical authorization, and I've repeatedly been without a pusher, and have had ~~either~~ to either skip chow or risk causing injury to my back by pushing myself. And despite my many attempts to show the officer's working c-wing my medical permit granting me permission to attend ADA-gym, I was repeatedly told I was not on their list and therefore I could not attend ADA-gym.

I wrote a request to ~~@~~ medical to make them aware that I needed to be added to the officer's movement sheet so that I~~(Don't)~~ continue being denied permission to attend ADA-gym. Days later, around 10/31/17, I was seen by a nurse who provided me an updated medical permit for ADA-gym, and she gave a copy to the officer's working on the wing in the Bubble to place into the officer's log book as proof of my medical authorization to attend ADA-gym. The nurse also told me that if anyone gives me a hard time, have them call over to medical.

Shortly after recieving my second permit, I was placed on C-grade and was denied permission to attend ADA gym as a form of disciplinary punishment. I then explained to the ~~offic~~ officer's on duty, officer welsch, that my attending ADA gym is ~~considered~~ a part of my medical recovery treatment to rehabilitate myself. But I was still not allowed to go. For three-months I was denied my medical authorization to attend ADA gym. - on 1/9/18, my C-grade restriction ended, and on 1/19/18, I again tried to attend ADA gym and was told by a different officer (officer Zea), that I was not on the ~~offic~~ officer's movement sheet and therefore I would not be allowed to attend ADA gym. I asked to speak with a Lietenant, and I showed Lietenant Gilbert my medical permit. I was then

5(H)

told by Lietenant Gilbert also that I would not be allowed to attend ADA-gym because I was not on Their list. I asked both The officer and Lietenant to call over to medical to confirm my Authorization, but They both refused.

Around noon, All ADA inmates on my wing were allowed to attend ADA gym, but I was left in my cell and not allowed to go, despite my medical permit issued by Dr. Ahmed.

I again asked to speak with the Lietenant, and a few hours later, Lietenant Gilbert came to my cell and told me he had informed Warden Brookhart of my situation and was leaving it to her to resolve the matter, and he left.

I believe that if the prison would have had ladders on the bunkbeds to allow inmates to climb up and down off The bunkbed safely, I would not have ~~injured~~ been injured, and I would not be going through any of this pain and dis-comfort. I also believe that as a result of the medical administrations refusal to provide adiquate medical Treat-ment, and access to a specialist with experience in treating patients with severe back injuries, my recovery progress has been greatly hindered and deminished (see Exhibits: 17A - 17C),

on 1/15/18, I was called to medical after submitting a request to see The Doctor about my continuing back pain, and pain in my legs and joints, and The soreness in my butt from constantly sitting. I asked months ago for a seat cushion, and on my visit I again requested a seat cushion and a back brace, as well as my need to see ~~this~~ a back specialist. On my visit, I was seen by Dr. Shah, the Doctor I was told no longer worked for The prison. This was my original Doctor who I first saw after my accident, and wrote my grievence against. I told Dr. Shah how I had been refused access to see a back specialist by The new Doctor, Dr. Ahmed, and how Dr. Ahmed had taken me off The

5(I)

Pain medication that he (Dr. Shah) had originally Prescribed, and I was placed on a less effective medication that did nothing to eleviate my Pain. - Dr. Shah Said he could not interfear with the medical decisions made by Dr. Ahmed, Dr. Shah also denied my request for a back brace to help eleviate my back Pain, and he Said nothing at all to me about if he would or would not issue me a Seat Cushion for my wheel chair to eleviate the Soreness from constantly Sitting. I filed a grievence on (1-20-18), grievence still exhausting.

   Because of the injury I Sustained, and the countless Suffering and deliberate indifference and negligence of The Administration and medical Staff, I have decided to bring forth this claim against Lawrence correctional center's Prison Administration, as well as the Director of IDoc, John Baldwin, medical Director, Dr. Louis Schicker, and CEO of Wexford, Stanley Eugene.

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Provide an order declaring Defendants Violated the United States constitution, an injunction ordering all inmates be removed from The top Bunks until ladders and other safety features are provided to allow inmates to climb in and out The Top Bunk safely. Defendants be responsible for covering all current and future medical expenses That result from my injury. And damages be paid to Plaintiff

## VI.   JURY DEMAND *(check one box below)* in The Amount of ($350,000).

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 2 / 7 / 18
(date)

Kent Stubbs
Signature of Plaintiff

10930 Lawrence Rd.
Street Address

Kent Stubbs
Printed Name

Sumner IL. 62466
City, State, Zip

M51378
Prisoner Register Number

— None —
Signature of Attorney (if any)

(Rev. 7/2010)    6

Kent Stubbs #NS1378
Lawrence Corr. Center
1030 Lawrence Rd
Sumner, IL. 62466

LEGAL
Mail
//

PRIORITY MAIL
TRACKED
INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107, May 2014

1 of 2
Envelopes

MAIL CLEARED
US MARSHALS

PRIVILEGED

Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL. 62201

US POSTAGE PITNEY BOWES
ZIP 62466
02 1W
0001393731 FEB 13 2018
$ 007.90°



RECEIVED

FEB 15 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES POSTAL SERVICE

PRIORITY MAIL

TRACKED INSURED

For Domestic and International Use
Label 107, May 2014