ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Stibbs_____ Kent_____ _____ MS1378
                Last Name          First Name      MI        ID#

**Facility:** _____ Lawrence_____

☑ Grievance; Facility Grievance # (if applicable) _____ Dated: 5/7, 5/8, 5/8, 5/8 or ☐ Correspondence: Dated: _____

Received: 6/1/7 Regarding: Medical - injury 4/10/17
          Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☑ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                  Date

☐ No justification provided for additional consideration.

RECEIVED
OCT 06 2017
ADMINISTRATIVE
REVIEW BOARD

---

**Other** (specify): _____

_____

_____

Completed by: Sarah Johnson _____ _____ 7/6/17
              Print Name              Signature              Date

Distribution:   Offender
                Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.5/2017)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 5-7-17 | Offender: (Please Print) Kent Stubbs | ID#: M51378 |
|---|---|---|

| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. |
|---|---|

NATURE OF GRIEVANCE:   E396   RCW 5-17-17

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [X] Other (specify): Health/Safety/ (Injury)
- [ ] ADA Disability Accommodation
- [ ] HIPAA

- [ ] Disciplinary Report: ____ / ____ / ____     08-17-60
  Date of Report                Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On Monday, April 10, 2017, I was weakend by the unit-officer for med-line around 5ᴬᴹ, and was attempting to climb down off the top bunk when I missed the railing with my foot and lost my balance. I fell down backwards several feet, hitting my head and back on the concreate floor, severely injuring myself. The unit officer ran over to check on me, then called for help. The Lietenant on Duty responded, along with the nurse who was passing out meds. - The nurse asked me if I was okay, I tried to get up but I couldn't. I told the nurse I felt something in my back (pop), and it felt like my head was bleeding. The nurse

Relief Requested: All inmates be removed from the top of the bunk beds until they are equiped with a safety ladder and/or other features that allow inmates to climb in and out of bed safely (Currently a Fire, Health Safety Hazard)

- [X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Kent Stubbs | M51378 | 5/17/17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |
|---|---|

Date Received: 8/7/17    [X] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Due to not following proper grievance procedure as outlined in Offender Orentation Mannuel, this grievance is out of time frame.

| Blalle | Blle | 8/7/17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

RECEIVED
JUN 01 2017
ADMINISTRATIVE REVIEW BOARD

---

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: 5/18/17    Is this determined to be of an emergency nature?   [ ] Yes; expedite emergency grievance   [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| | 5/18/17 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender                    Page 1                    DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

examined my head as I layed there in pain and couldn't Breath. There was a(knot) on the back of my head, and my wrist and pinky finger was swollen. She asked me how did I fall, and I told her I couldn't find the railing and I lost my balance and fell. To which the nurse commented to the Lietenant that, "They really Should have ladders. I've Seen more and more inmates fall and hurt themselves." — To which the Lietenant responded. "There is a ladder. well, Sort of. There's a rail for them to climb up on." And the Nurse replied, "That's not a ladder." And the Lietenant agreed, stating, "I guess not." — A few months Ago I nearly fell but I caught myself. (This time I wasn't So Lucky), and now I'm sitting in a wheel chair with a Bad back injury, Constantly in pain. — while over in Healthcare, one of the Porters Stated that he had fallen just a few days earlier when he used the Stool to sit on as a Step ladder and it tipped over on him, causing him to loose his balance and fall. — It is clear that these bunk beds, without ladders or any 'SAfe' way to climb in and out, create a real Serious fire, Health, and Safety hazard. They should have ladders So that inmates can climb up and down out the bunk Safely; and until Such a Safety measure is put in place (or) emplamented, All inmates in the prison Should be removed from the top bunk for their Safety, and to avoid any further accidents or injuries to inmates.

_2_

_7CL1_

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 5-8-17 | Offender: (Please Print) Kent Stubbs | ID#: M51378 |
|---|---|---|

| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. |
|---|---|

**NATURE OF GRIEVANCE:**   E398   RCVD 5-17-17

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report: ___/___/___   Date of Report   Facility where issued

- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator

- ☐ Restoration of Good Time
- ☑ Medical Treatment

- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

RECEIVED
LAWRENCE C.C.
AUG ... 2017
GRIEVANCE OFFICE

08-17-60

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Wednsday, April 12, 2017, I was Stuck in bed, unable to get up or move for 14-hours, after Seriously injuring my back in a fall from the top Bunk. I was placed by 'Dr. Shah' in a 'handy-cap' cell by myself, with no assistant to help me, even though I was physically injured and unable to help myself. In which case I further Irritated my injuries becoming incompassitated, and (unable to move or get up), I ended up urinating on myself (3) times as I layed there waiting for someone to help. After Seriously injuring my back in a fall on monday, April 10, 2017, I was wheeled to the infermary and X-Rayed. Later that day,

**Relief Requested:** Officer 'Bowker' be reprimended for ignoring my request for Emergency medical Attention, and I be provided an (ADA) Attendent to Assist me until my physical Health has greatly improved.

RECEIVED
OCT 06 2017
ADMINISTRATIVE
REVIEW BOARD

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _Kent Stubbs_ | M51378 | 5, 8, 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

| Date Received: 8, 7, 17 | ☑ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** Due to not following proper grievance procedure as outlined in the Offender Orientation Mannuel, this grievance is out of time frame.

| _Blake_ | _Bhlr   cc1_ | 8, 7, 17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

RECEIVED JUN 01 2017

---

### EMERGENCY REVIEW

| Date Received: 5, 18, 17 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

RECEIVED ADMINISTRATIVE REVIEW BOARD

| _____ | 5, 18, 17 |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I was seen by Dr. Shah, who said I had no broken bones or major damage, so I would be kept over night and released the next day. I told Dr. Shah, I was in a lot of pain and couldn't get up by myself or walk, I could barely move. Dr. Shah said he would give me a wheel chair and a bottom bunk perm.? for a few days, and some medication to help with the pain. - The next day, Tuesday, April 11, 2017, I was lifted out of bed by an inmate 'orderley', placed into a wheel chair, given a urine cup to "pee" in, and was wheeled by the 'orderley' over to '8-House, Unit-c' where I was placed in an 'ADA-handycap-cell' (Lower-1), by myself, with no helper or assistant. - In the middle of the night, early morning Wednesday, April 12, 2017, I tried to get up by myself to get some water, and I ended up injuring my back even worse than it was. I was in a lot of pain and couldn't get up or move. I could only lay there and try not to move too much to avoid even more pain. I layed there for a couple hours waiting for the officer to come by during his rounds, but he didn't come, and after a while I eventually fell back to sleep. - Several hours past, and it was day light. I tried to move again, but the pain was even worse. I heard an officer yell 'chow' and the cell doors popped, and I heard loud voices and saw inmates walking by. I yelled, but it was too loud, so I waited for the crowd to pass and yelled for the officer. Usually the officer walks by to check the cell doors to make sure they're locked, but I didn't see anyone walk pass. - I was tired, in pain, and dehydrated. I fell back to sleep, trying to sleep the pain away, hoping I'd wake up feeling better. - Some time later, around noon. It got loud again, and I woke up, and the officer came and opened my Door. (I do believe it was for day-room). The officer on duty "officer" - "C-Bowker" stepped into the door way of my cell, and asked if I was coming out. "THIS WAS THE FIRST TIME I SAW THE OFFICER". I emediately told him, "I NEED HELP." "I NEED TO go to medical." His response to me was, "Put in a sick call." I told him It was an emergency, I can't get up. I told him I had messed up my back, I told him I couldn't even get up for breakfast or even get up to go to lunch. The officer then stated, "I'm gonna tell you the same thing their gonna tell me, 'put in a sick call slip.'" and he left the cell and closed the door, and he "DID-NOT" come back none during the rest of his shift. He 'did not' bother to check on me to see if I was doing better, or see if I was getting worse. I had a wheel chair sitting in the cell right next to me on the side of the bed, He clearly saw it. And, I told him it was an "emergency", and he did nothing! - I layed there until the

(Continue on Attached Sheet)

Offender Grievence
(Continued)

the officer from the next shift arrived. I was weak, feeling sick, and nausiated. I laid there close to 16-hours. I had no water, nothing to eat. I also couldn't get up to use the bathroom. I had filled the urine cup using it through the night and early in the day. I held my urine for as long as I could, and then I had no choice but to lay there and "Pee" on myself. During the time I layed there waiting, I peed on myself (3) times.

When the next shift officer came I layed there yelling, trying to get his attention, but the inmates outside in the day room was too loud. I had to wait unt.l everybody locked up. I yelled and the guys next door heard me and they got the officer's attention. The officer called over to medical, and they came over with a stretcher and took me out the cell, and to an out-side hospital, where I was given a cat scan. – I was told they didn't find anything wrong, but my back is still in a lot of pain, and I still need to use a wheel chair to get around. As a result of my fall, on April 30, I reinjured my back trying to get out of bed, and on several occasions I've been unable to sleep because of back pain.

NAME: ___Kent Stell___   Date: ___5-8-17___

RECEIVED

OCT 01 JUN 01 2017

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO OFFENDER'S GRIEVANCE

|  | Grievance Officer's Report |  |
|---|---|---|
| Date Received:  8-14-17 | Date of Review:  9-11-17 | Grievance # (optional):  ~~05-17-17~~  08-17-60 |
| Offender:  Stubbs, Kent |  | ID#:  M51378 |

| Nature of Grievance:  Ladders on beds |
|---|

**Facts Reviewed:**

*Inmate Stubbs M51378 claims he sustained injury when he attempted to climb down from the top bunk.*

*Relief requested, "All inmates be removed from the top of the bunk beds until they are equipped with a safety ladder and/or other features that allow inmates to climb in and out of bed safely (currently a fire, health, safety hazard)."*

**Grievance was written about an incident that happened 4-10-17, written 5-7-17 and turned in to counselor on or about 8-7-17. This particular incident is out of time frame and will not be addressed any further. Grievance procedure is outlined in the offender orientation manual.**

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied.

RECEIVED
OCT 06 2017
ADMINISTRATIVE
REVIEW BOARD

E. Bare
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: _____9 13 17_____   ☒ I concur   ☐ I do not concur   ☐ Remand

Comments: _____

_____

_____

Nick Lamb/ls
_____
Chief Administrative Officer's Signature

9, 13, 17
_____
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Kent Stll
_____
Offender's Signature

M51378
_____
ID#

9, 15, 17
_____
Date

Edward Gibbs
I/m no: M51378
Lawrence C.C.
10930 Lawrence Rd
Sumner, IL. 62466

EX: 1 & 2

RECEIVED
OCT 06 2017
ADMINISTRATIVE
REVIEW BOARD

1 of 3

To: Director

## Argument for Appeal

Counselor and Grievence officer indicated that I did not follow the proper grievence process, and my grievence is not out of frame.

I would like to state that my Grievance was filed as an Emergency Grievence and sent directly to the warden on 5/7/17. The warden deemed both grievences to be "non-Emergency", despite the fact that the events outlined in both grievences, addressed issues that were of an Emergency nature, and posed Substantial risk of further personal injury, and possibly irreparable harm. Therefore, I forwarded my grievence to springfield, being that it was in fact of an Emergency nature. Springfield recieved the grievences on or about 6/1/17, and reviewed the grievence on 7/6/17, asking that I provide the original grievence with counselor response, and response from grievence officer. I recieved the grievence back from Springfield on or about 7/12/17. I then submitted the grievence to the counselor on 8/3/17 (22 days after I got it back). I held the grievence (22 days) Because I wanted to make a copy before sending it to the counselor. I was called to the Law Library to make copies on August 3, 2017, (see Document #1). That same day, I sent it to the —

(1)

RECEIVED
OCT 06 2017
ADMINISTRATIVE
REVIEW BOARD

Counselor on 8/3/17, (See Document #2). I got it back on 8/8/17, signed it the same day, and sent it to the grievence officer, (See Document #3). The grievence officer recieved the grievence on 8/14/17, and reviewed the grievence on 9/13/17, before sending it to me on 9/14/17. Because of the serious nature of the events and the risk I faced and felt to my Health and Safety (as clearly indicated in my grievence) I had every right to forward my grievence directly to Springfield after it was reviewed by the warden. And once Springfield instructed me to provide responses from the counselor and grievence officer. I followed the instructions as ordered. At no time did I ever hold the grievence at any stage of the process for a period exceeding 30 days. At the longest period, I had the grievence for three weeks before resubmitted it for further review. Any extended delays were caused by the Administration. But what I have found with this grievence, as with every other grievence that I have submitted, is that the Administration, and its representative staff, look to find any possible reason or 'loop-hole' to try and avoid addressing the real issues of concern being raised by me in the inmate grievence process. Instead of trying to find a solution or fix to the problems, they look to deem the grievences I've filed as "untimely filed" or "out of time frame", when in fact, the objective should be to address the issues at hand.

(2)

I am asking that based on the information provided in my grievences, and the timeline provided, showing no undue delay on my part, that the director in fact, deem these grievences To be timely filed, and address the real issues raised in my Grievences, Thank you!

Signed: Kurt Stels          Dated: 9/16/17

RECEIVED
OCT 06 2017
ADMINISTRATIVE
REVIEW BOARD

My Copy

(Document #2)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _Kent Stubbs_  ID #: _M51378_ Living Unit: _7C-L1_

Job Assignment: _N/A_  Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Counselor    (7-House)_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Need Response_

for the purpose of (explain): _Please Review (4) grievances and Provide a response accordingly. — (Need Counselor response First — Before grievance officer) — THANK You!!_

Offender's Signature    _8/3/17_ Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

Print Staff Name    Print Supervisor Name

Staff Signature    Date    Supervisor Signature    Date

Distribution:  Affected Unit    _Printed on Recycled Paper_    DOC 0286 (Rev. 4/2010)

RECEIVED
OCT 06 2017
ADMINISTRATIVE
REVIEW BOARD

---

( Document #1 )

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _Kent Stubbs_  ID #: _M51378_ Living Unit: _7C-L1_

Job Assignment: _N/A_  _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Law Library    (Mrs. Dunlap)_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Legal work_

for the purpose of (explain): _This is my (4th) Request slip That I've Sent within The past month Requesting to be Placed on the Law Library Call list. — I had a court Deadline for July, 31,_

Offender's Signature    _7/31/17_ Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _CALM DOWN Youre're Coming Thursday!_    Remarks by supervisor (if necessary) : _____

Print Staff Name    Print Supervisor Name

Staff Signature    Date    Supervisor Signature    Date

Distribution:  Affected Unit    _Printed on Recycled Paper_    DOC 0286 (Rev. 4/2010)

2017, and needed to have Documents notarised &
Copied before mailing them to the Court. I also
have Several other Legal Documents that I have
not Been able To Send out because I still need
To copy Them first, before I can mail them.
I am still in uRGent need to be placed on
Law Library call list, your Help would be
greatly appreciated, Thank you!



My Copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Kent Stubbs_     ID #: _M51378_ Living Unit: _7C-L1_

Job Assignment: _N/A_     Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _Grievence officer (7-House)_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Need Response_

for the purpose of (explain): _Please Review (4) Attached grievences_

_and Respond Accordingly — Thank you. —_

_Kent Stubb_
Offender's Signature

_8/8/17_
Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

RECEIVED
OCT 06 2017
ADMINISTRATIVE
REVIEW BOARD

_____          _____
Print Staff Name              Print Supervisor Name

_____   _____   _____   _____
Staff Signature      Date      Supervisor Signature      Date

Distribution:   Affected Unit     DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

EX 1-2

ILLINOIS DEPARTMENT OF CORRECTIONS

Administrative Review Board
Return of Grievance or Correspondence

R7 CL 01

Offender: Stubbs     Kent          MS1378
          Last Name   First Name    MI    ID#

Facility: Lawrence

☑ Grievance: Facility Grievance # (if applicable) 08-17-60 Dated: 3/7/17 5/8/17 or ☐ Correspondence: Dated: _____
Received: 10/6/17 Regarding: Injury 4/10/17, 4/12/17
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                              Date

☐ No justification provided for additional consideration.

Other (specify): Address current medical issues via sick call.

Completed by: Sarah Johnson          S. Johnson          10/30/17
              Print Name              Signature            Date

*my copy*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Kent Stubbs_   ID #: _M51378_ Living Unit: _8C-L1_

Job Assignment: _N/A_   Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _HCU Medical "Dr. Shah"_   "SHarP"

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain_

for the purpose of (explain): _I Just left The infermary after falling from The top bunk in 3-House. my lower Back is in excrusiating pain when I try To get up out the bed. And once I do finally get_ (See Back)

_Kent Stubbs_   _4-11-17_
Offender's Signature   Date

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

_____   _____

_____   _____

_____   _____
Print Staff Name   Print Supervisor Name

_____   _____   _____   _____
Staff Signature   Date   Supervisor Signature   Date

Distribution:   Affected Unit   DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

up and sit in the wheel chair It feels like ~~Anything is~~
stabbing me in the right side of my back ~~with a knife~~. Its
a severe sharp pain. I cant sit up for too long because
the pain is unberable. (scale from 1 to 10, its a "20") —
I need something to help with the pain —

My Copy

Ex #28

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Kent Stubbs_    ID #: _M51378_ Living Unit: _8C-L1_

Job Assignment: _N/A_    Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Hcu Medical "Dr. Shah"_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain_

for the purpose of (explain): _When I'm sitting up in my wheel chair There's a constant sharp Pain in my Back. And when I try to stand up my entire lower back starts throbing_

_Kent Stubbs_                _(4-17-17) (See Back_
Offender's Signature                Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____    _____
Print Staff Name        Print Supervisor Name

_____    _____    _____    _____
Staff Signature        Date        Supervisor Signature        Date

Distribution:   Affected Unit        *Printed on Recycled Paper*        DOC 0286 (Rev. 4/2010)

with pain. The medication that I'm taking is not
helping. The pain in my back is constant. I need a
much stronger medication. The pain is becoming
un-bareable.

*My Copy*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Kent Stubbs_    ID #: _M51378_ Living Unit: _8C - L1_

Job Assignment: _N/A_    Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _HCU "Dr. Shah"_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain_
for the purpose of (explain): _On 4-19-17, I Scooted around The day Room in the wheel chair using my legs to try and exercise and I tried standing a couple times, but could only stand for — (See Back)_

_Kent Stubbs_
Offender's Signature

_4-20-17_
Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

Print Staff Name    Print Supervisor Name

Staff Signature    Date    Supervisor Signature    Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

a few Seconds My Back Is Still in Agonizing Pain.
And if I try To walk its unbarable
I cant put a lot of weight or pressure on
my Right Leg/ ~~side by side~~
Side. when I Lay down To Sleep my
~~Left~~ Right Lower Back Is in Pain. —

My Copy

EX 3 D

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Kent Stubbs_ ID #: _M51378_ Living Unit: _BC-L1_

Job Assignment: _N/A_ Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Hcu medical "Dr. Shah"_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain_
for the purpose of (explain): _I can Stand But Not Perfectly Straight. ~~There's~~_
~~Feeling Stight~~ _There's Still a tight. Shocking Pain in the ~~center~~_
~~Bring~~ _Small of my back when I stand. And There's constantly —_
_(See Back)_

_Kent Stubbs_ _4-24-17_
Offender's Signature                    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____

_____

_____

Print Staff Name

Staff Signature          Date

Remarks by supervisor (if necessary) : _____

_____

_____

Print Supervisor Name

Supervisor Signature          Date

Distribution:   Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 4/2010)

A pinching Stabbing feeling in my (Right) mid-Lower back. I can't put any pressure on my Right foot because it causes The stabbing feeling in my Right Side TO Increase Tramendously!!

My Copy

EX4A

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _____Kent Stubbs_____   ID #: M51378   Living Unit: 8C-L1

Job Assignment: _____N/A_____   Shift: ___N/A___

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ____HCU Medical____

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) injured Back

for the purpose of (explain): I Pulled my back and reinjured it on Sunday Aprl 30, 2017, in The After noon & I was taken To medical. Since The incident my back has been ~~R___~~ Throbing. — (See Back)

_____Kent Stubbs_____   ·5-3-17
Offender's Signature          Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____

_____

_____

Print Staff Name

Staff Signature          Date

Remarks by supervisor (if necessary) : _____

_____

_____

Print Supervisor Name

Supervisor Signature          Date

Distribution:   Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 4/2010)

I Am Currenty Recievig a Narcotic medication Twice a day But its not helping. Last night ~~I couldnt sleep~~ ~~because my Back was hurting~~. It Seeen like I didnt even take any medication Because my back was aching & I couldnt Sleep.

EX. 4 B

My Copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: __Kent Stubbs__   ID #: __M51378__   Living Unit: __8C - L1__

Job Assignment: __N/A__   Shift: __N/A__

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: __(HCU) medical Supervisor "Cunningham"__

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) __Serious (Back Pain)__

for the purpose of (explain): __Last night I could barely sleep because my back was in a lot of pain. This morning when they came with meds I didn't wanna get up because I was hurting, so I did not get my medication — (See Back)__

Offender's Signature _Kent Stubbs_   Date __5-6-17__

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____

Remarks by supervisor (if necessary) : _____

Print Staff Name

Print Supervisor Name

Staff Signature     Date

Supervisor Signature     Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

Around 9AM I got up and pushed The call button & told The responding officer I had an Emergency. I need to go to medical, and They instructed him to tell me to put in a Sick Call.

THIS IS AN EMERGENCY!!

I'm In SERIOUS Pain!!

I NEED MEDICAL HELP!!

I NEED TO SEE THE Doctor!!

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Stubbs_ _Kent_ _MS1378_
          Last Name      First Name        MI        ID#

Facility: _Lawrence_

☑ Grievance; Facility Grievance # (if applicable) _____ Dated: _5/7, 5/8, 5/8, 5/8_ or ☐ Correspondence: Dated: _____

Received: _6/1/17_ Regarding: _Medical - injury 4/10/17_
          Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☑ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                    Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

RECEIVED
NOV 02 2017
ADMINISTRATIVE
REVIEW BOARD

Completed by: _Sarah Johnson_                        _7/6/17_
              Print Name            Signature         Date

Distribution:  Offender
               Inmate Issues

DOC 0070 (Rev.5/2017)

EX. 5

ICLI

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-8-17 | Offender: (Please Print) Kent Stubbs | ID#: M51378 |
|---|---|---|
| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. | |

**NATURE OF GRIEVANCE:**

E399   RCVD 5-17-17

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):

RECEIVED LAWRENCE C.C. AUG 14 GRIEVANCE OFFICE

- [ ] Disciplinary Report: ____/____/____

Date of Report   08-17-57   Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On April 10, 2017, I fell off the top bunk and injured my back, and on April 30, 2017, I reinjured my back as I was getting up out of bed. - Last night, May 6, 2017, I could barely sleep because my back was in a lot of pain. In the morning the officer came to wake me for meds but I didn't get up because my back was hurting to much, So I (did not) get my medication for the pain. Around 8:30/9:00 Am, the pain seem to worsen, and I couldn't take it, so I got up and start pushing the call button in the cell. I push the Emergency Button 30 to 40 times within (30 minutes) and No officer responded at all. (This is the second time I had an Emergency

**Relief Requested:** I would like to recieve the Appropriate medical care when needed, or requested. - And be placed in another housing unit where the officers are responsive to the call button and know how to do their job when it's an Emergency / Inmate Emergency.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kent Stubbs ___ Offender's Signature   M51378 ___ ID#   5, 8, 17 ___ Date

**(Continue on reverse side if necessary)**

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| Date Received: 8, 7, 17 | [x] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Due to not following proper grievance procedure as outlined in the offender orientation mannuel, this grievance is out of time frame.

RECEIVED   NOV 02 2017   ADMINISTRATIVE REVIEW BOARD

Blake ___ Print Counselor's Name   Blake CCI ___ Counselor's Signature   8, 7, 17 ___ Date of Response

RECEIVED

| **EMERGENCY REVIEW** | | JUN 01 2017 ADMINISTRATIVE BOARD |
|---|---|---|
| Date Received: 5/8/17 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

____ Chief Administrative Officer's Signature   5/8/17 ___ Date

Distribution: Master File; Offender

Page 1

DOC 0046 (8/2012)

Printed on Recycled Paper



and sat pushing the Button and they did not respond.) I then had to get the Attention of an inmate in the day room and ask him to notify the officer on Duty, "officer Johnson", that I had an Emergency. When the officer came in I told him I had a medical Emergency, and needed to go to healthcare. He asked me what was wrong? I told him my back was in a lot of pain, and it had kept me up most of the night, and it was hurting so bad that I didn't wanna get up to even take my medicine. He, "officer Johnson" said, "That's not an Emergency. I Just came by here a little while ago and you were laying There sleep." I told officer Johnson, "Just cause I was laying there don't mean I'm not in Pain." He responded saying, "They're probably gonna tell you to put in a sick call slip", and he left, and came back five minutes later and said they told him to tell me to put in a sick call slip.

- On April 30, 2017, I was taken to Healthcare after reinjuring my back, and I was told I would be put in to see the Doctor.

- On May 3, 2017, I wrote a request slip because my back was in pain and I couldn't sleep. I have told the Doctors and Nurses the medication I'm getting is NOT working. A Nurse came to see me and told me I was on the list to see the Doctor (I Do understand that it may take a while to see the Doctor, I'm okay with that!) -But- TODAY, on May 6, 2017, I woke up in "Severe" "Pain" and Requested 'Emergency Medical Attention'. And instead of recieving Emergency medical Attention, I was medically Diagnosed By "officer Johnson" who told me that I did not have an Emergency (By his oppenion), and then told by medical to put in another sick call slip, which I've Already done Twice! - I have no idea if 'officer Johnson' called medical and made my situation sound or seem "less serious" than it was, but I do know that 'officer Johnson' (IS NOT) A Nurse or a Doctor or a member of the medical Staff, and Should (Not) be telling me what (is) or (is not) an Emergency. He has no way of knowing what I'm feeling, what kind of pain I'm in, or how severe the pain is. - furthermore, officer Johnson has shown himself to be very childish, Short-fused, Intolerant, Baligerant, very disrespectful to All the inmates, and creates disruption and conflict between himself and the inmates. When I stated to 'officer Johnson', I had A medical Emergency, he was Completely dismissive and seem to not show any care or concern. This has been his Attitude since I've been on this wing. He is very childish and too playful, and doesnt seem to know How or when to be – serious!!

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: Stubbs Kent MS1378
_Last Name_   _First Name_   MI   ID#

Facility: Lawrence

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: 5/8/17 or ☐ Correspondence: Dated: _____
Received: 6/1/17 Regarding: C/O Johnson 5/7/17

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☑ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incide _____

☐ Unable to determine natur _____ pecific information.  Please return the attached _____ istrative Review Board _____ of Inmate Issues _____ Concordia Court, Springfield, IL 62794-9277

*Sent to ARB First — out of timeframe*

**Misdirected:**

☐ Contact your correctional _____

☐ Request restoration of Sta _____ offender grievance proces _____ he request is denied by the facility, utilize the _____ ation.

☐ Contact the Record Office _____

☐ Personal property and me _____ rior to review by the Administrative Review Board.

☐ Address concerns in a lett _____ St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
_Date_

☐ No justification provided for additional consideration.

RECEIVED

NOV 0 2 2017

ADMINISTRATIVE
REVIEW BOARD

**Other** (specify): _____

_____

Completed by: Sarah Johnson _____ 7/6/17
_Print Name_   _Signature_   _Date_

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.5/2017)

EX. 6A

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 5-8-17 | Offender: (Please Print) Kent Stubbs | | ID#: M51378 |
|---|---|---|---|
| Present Facility: Lawrence c.c. | | Facility where grievance issue occurred: Lawrence c.c. | |

NATURE OF GRIEVANCE:        E 400°   RCVD 5-17-17

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____
  Date of Report   08-17-58         Facility where issued

RECEIVED LAWRENCE C.C. AUG 14 2017 GRIEVANCE OFFICE

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Sunday, May 7, 2017, at the end of the Afternoon dayroom, 'officer Johnson' locked us in our cells, then went into the Bubble and yelled into the loud speaker, 'Growling and whistling', causing the speaker to Ring and Screetch painfully loud in our Ears, until I had to cover my Ears. He continued doing it until inmates got irritated and started cursing and yelling for him to stop, but he just continued, and the Screetching, pearcing, noise from the speaker was so loud I had to stick tissue in my ears. He continued this for about 10-minutes. I wrote a grievance

**Relief Requested:** officer Johnson Not Be Allowed to continue to Act un-professionally, and conduct himself in a way that causes conflict. He is a Security Risk and should be reprimended for his behaviour.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Kent Stubbs | M51378 | 5, 8, 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: 8 , 7 , 17   [x] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Due to not following proper grievance procedure as outlined in the offender orientation Mannual, this grievance is out of time frame.

RECEIVED NOV 02 2017 ADMINISTRATIVE REVIEW BOARD

| Blake | | Blake   CCl | 8, 7, 17 |
|---|---|---|---|
| Print Counselor's Name | | Counselor's Signature | Date of Response |

RECEIVED

| **EMERGENCY REVIEW** | JUN 01 2017 |
|---|---|
| Date Received: 5/8/17 | Is this determined to be of an emergency nature? |

ADMINISTRATIVE REVIEW BOARD

[ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _____ | 5/8/17 |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE** (Continued)

The day before concerning a medical issue, in which I complained about his childish and ignorant ways, and him not knowing when or how to take a situation serious. He walks around on the wing yelling in the inmates faces, causing (deliberate) conflict and confusion. One day I saw him push one of the inmates, and if you came on the deck (8-c) and questioned any of these guys (inmates) you will find that everything I stated in this grievance can be confirmed. There are a lot of young guys on this deck, and Johnson likes to walk around like a bully being disrespectful to everyone. He is very unprofessional, and needs to grow up!! — All the time I've been locked up, I have (NEVER) written a grievance against any officer. That should tell you something.
— I would very much like to be moved off the deck from around him and be put in a different housing unit, because he is creating a very hostile environment, and a security risk with the inmates.

EX 5 6A

My copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Kent Stubbs          ID #: m51378  Living Unit: 2C-L1

Job Assignment: N/A          Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: To Grievence officer                               No written
                                                        Response
I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): On 10/19/17, I recieved your response to

my grievences (#E399 #E400) They were stamped recieved

on 8/14/17, but were returned to me 2-months later on →

_Kent Stubbs_                    10/23/17          (See Back)
Offender's Signature                  Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____          Remarks by supervisor (if necessary) :  RECEIVED

_____                                            _____

_____                                            NOV 0 2 2017

Print Staff Name                                   Print Supervisor Name  ADMINISTRATIVE
                                                                          REVIEW BOARD

Staff Signature          Date                      Supervisor Signature          Date

Distribution:   Affected Unit                                      DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

10/19/17

with no written responses from The grievence officer. (The grievence was only Stamped Recieved by the grievence officer) I would like To Know why, in writing, the grievence officer neglected to Provide a written response After a Two-month Delay in Responding To The grievences?

Thank you ————

From: Kent Stubbs #M51378
EXhibits: 5 & 6A
EX: 5 & 6A
RECEIVED
NOV 0 2 2017
ADMINISTRATIVE
REVIEW BOARD

Argument for Appeal to Approve grievence
(Attached grievences Returned to me on 10/19/17)
The attached two grievences were returned to me from
the counselor and grievence officer with responses that
fail to Address any of the issues raised:
The grievences were submitted to the grievence officer on
8/14/17, and returned to me Two-months later with only
a Sticky note, Stating - "Sent to ARB board - out of time
frame." - I would like to State that these (2) grievences
were submitted as an Emergency to the warden, and
were of extreme serious nature. The warden however
deemed both grievences to be non-Emergency despite the
fact that both grievences outlined issues that were of an
extremely serious nature and posed substantial risk
of harm and injury to myself. I therefore, had every
right to forward my grievences to Springfield, because
I was in fear for my health and Safety and there was
a substantial threat to my well being. Springfield
recieved the grievences on 7/6/17, asking that I provide
the original grievence with counselor response and
response from grievence officer. I recieved the
grievences back from Springfield on or about 7/12/17,
and submitted them to both the counselor and grievence
officer both of whom refuse to provide a response add-
ressing any of the issues raised, and made no —
attempt to try and resolve these problems. Despite every
chance they were given through my repeated
attempts to address these issues.

Exhibit 5 & 6A
RICCO1

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Stubbs      Kent      M51378
Last Name      First Name      MI      ID#

**Facility:** Lawrence

☒ Grievance: Facility Grievance # (if applicable) (2)    Dated: 5/8/17    or ☐ Correspondence: Dated: _____

Received: 11/2/17   Regarding: C/o Johnson 5/7/17; Medical injury 4/10/17
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on 7/6/17
Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: Sarah Johnson      _S. Johnson_      11/13/17
Print Name      Signature      Date

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.5/2017)