Exhibit 68

ILLINOIS DEPARTMENT OF CORRECTIONS

### Administrative Review Board
### Return of Grievance or Correspondence

Offender: _Stubbs_ _Kent_ _MS1378_
        Last Name        First Name        MI        ID#

Facility: _Lawrence_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _5/15/17_ or ☐ Correspondence: Dated: _____

Received: _5/22/17_ Regarding: _C/O Johnson_
        Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ ,
        Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

_____

Completed by: _Sarah Johnson_        _[signature]_        _____
        Print Name        Signature        Date

Distribution:  Offender        *Printed on Recycled Paper*        DOC 0070 (Rev.5/2017)
        Inmate Issues

Copy

Exhibit B

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-15-17 | Offender: (Please Print) Kent Stubbs | ID#: M51378 |
|---|---|---|

| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report            Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): For the past couple days (officer Johnson) in B-House, C-wing, has been taking retaliatory Action Against me for two grievances that I filed against him within the past week, and now his recent actions Are causing me to feel that my Health and safety well-being are in danger. - I filed a grievance against officer Johnson for an incident that Accured on (may 6), in which officer Johnson treated my Plea for Emergency help as a non-Emergency, and Attempted to medically diagnose my condition, even Though he is not a doctor or a nurse, I Also complained about his constant childish and unprofessional behaviour. The second, was for an

**Relief Requested:** I'm in fear of my Health and Safety around officer Johnson, and I would like to be moved. I don't care where.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Kent Stubbs | M51378 | 5/15/17 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

| **Counselor's Response** (if applicable) | |
|---|---|

Date Received: ____ / ____ / ____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

RECEIVED

---

| **EMERGENCY REVIEW** | MAY 22 2017 |
|---|---|

ADMINISTRATIVE REVIEW BOARD

Date Received: ____ / ____ / ____    Is this determined to be an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____       ____ / ____ / ____
Chief Administrative Officer's Signature              Date

---

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

incident that occured the next following day (may 7), which help to reinforce my argument and claim that officer Johnson is very unprofessional, childish, and a bully, in which officer Johnson, unprovoked, chose to yell and scream into the loud speaker for 10-minutes, in a childish rant and a very un-professional way, causing the speaker to ring so loud that we had to cover our ears for 10-minutes, until he finally decided to stop. - After I filed the two emergency grievences on (may 8), five days later, on Saturday, may 13, 2017, officer Johnson came into my cell at 7-Am, woke me out of my sleep and told me to 'get up and get out', and he shook down my cell. The look on his face was aggressive and he seemed angry, I felt uncomfortable and thought it was odd that he came at 7-Am and woke me up to shake down my cell. - Later that afternoon around 1:45 pm, I was out on the yard and needed to use the bathroom. I'm in a wheel chair and cannot access the 'port a potty' that's out on the yard, so I waited until officer Johnson came out and opened the gate to let a few inmates go inside to their cells to change clothes for a visit, and I notified officer Johnson that I needed to use the bathroom, and officer Johnson refused, even though he knows I'm in a wheel chair and can't get up to use the port a potty, he also knows that I was on the same wing with the guys he just let in, because he's our wing-officer, so there was no reason for him to not allow me to go inside as well. When I told officer Johnson I couldn't stand up and use the port a potty, he said, 'Tuff shit, piss on the ground for all I give a fuck." - officer Johnson also accused me of lying and faking like I can't get up and walk, and taunted and teased me about the wednesday, April 12, 2017, incident, where I pulled my back and was unable to get up or move for 14 hours. - officer Johnson said I should 'go back in my cell and lay out on the floor 12 hours and 'whine' for help, like I did before.' - The next following day 5/14/17, officer Johnson let everybody out their cell except me. Inmates kept telling him he forgot to open my cell door, but he just ignored them. - I dont know what officer Johnson's reason was for saying I was faking like I can't get up or walk, but I dont care. I have a serious Health issue, and I dont know anyone who would want to sit in a wheel chair all day every-day if they didn't have to. My reasons for writing him up were more than valid, and I dont feel safe being around him. I may need Emergency medical care and I dont trust him to do his job professionally the way he should- I'm in fear, and I want to be moved away from around him. ——

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _Lent Stubbs_   ID #: _M51378_ Living Unit: _8C-L1_

Job Assignment: _N/A_   Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Mrs. Weaver (Placement)_   _(ADA)_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Cell Change_
for the purpose of (explain): _I was in 3-house and I injured my back in a fall off the top bunk. I was put in a wheel chair because I messed up my back (I'm still in the wheel chair) and I know —_
_(See Back)_

_Lent Stubbs_   _5-24-17_
Offender's Signature   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

_____   _____

_____   _____

Print Staff Name   Print Supervisor Name

Staff Signature   Date   Supervisor Signature   Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

There Are only So Many ADA Cells In 8-House, and There Are A lot of young guys over here, and The (officers) working over here Seem To Treat everybody like Their young. I Am having a hard Stressful time over here and would like To Be moved To Any other House If An ADA cell comes open, Please Mrs. weaver, I would greatly Appreciate it. I was in 5-House, 3-House, 4-House, and non of The officers Acted or Treated inmates The way These officers over here Do. ———

I'm really only having Problems with one officer, (our 5 day officer) I've filed 3 grievences & Stated That I don't feel comfortable or safe on The Same Deck with him. I've needed Emergency help and he ignored my request. So I would really like To Be moved from around him. Thank you

My Copy

Request Slip

EX: 8A

Offender name: __Kent Stubbs__     I.D#: __M51378__   Unit: __8C-L1__

To:  (HCU) Medical "Doctor"

Reason: __Refill "Pain-meds"__

Explain: my pain meds expired on 5/26/17, I've not had any
medication to treat my pain within the past 24 hours, and my
Back has been hurting pretty Bad. I've also Been feeling Pain
in my 'Right-Leg' down The back part of my Theigh & Calf -

5-28-17

STAFF Response:

area. And I've been getting an off and on pain in the "mid"
~~middle~~ "upper" center of my back, which ~~was~~ makes
it hurt when I breath in. The pain in my leg has
woke me up out of my sleep a couple times in the
past few days. This is the first time I've experienced
these pains, — In my legs & the upper center of my Back. Please renew my pain meds,
or schedule me to see the doctor AS soon as
possible. Thank you —


Offender Signature: _____   Date: 5-28-17

Request Slip                                    EX. 8B

Offender Name:   Kent Stubbs        ID#: m51378  unit: 7C-L1

TO:   (HCU) medical "Supervisor"

                                Reason: Pain meds

Explain: Emergency!! - I have not had my pain meds
renewed. I've been in serious pain for the past 3 days,
and I've been told by the nurses the doctor hasn't been
here and I'm just suffering in pain. The nurses said they
can't do anything because my pain meds have expired -
~~Staff Response:~~                           (See Back) -

Signed: Kent Stubbs              Date: 5/30/17

Just
~~2nd~~) Because my pain-meds have expired, Does not mean
That my pain has stopped. And now I'm experiencing
excruciating pain in my lower back and a stabing
feeling in my right mid-lower back. I need To
see The Doctor or have my pain meds renewed
as soon as possible. This pain is worse Then
any I've experienced before. And its very diffi-
cult to even get up and go To The chow hall or
use The bathroom.

— Thank you —

Name: ‾‾‾‾‾‾‾‾‾‾‾‾  Date: 5-30-17

EX: 8C

## Offender Request

Offender Name: _Kent Stubbs_   ID #: _M51378_   Living Unit: _7C-L1_

Job Assignment: _N/A_   Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _To (HCU) Cunningham_   "Emergency!!"

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain –_

for the purpose of (explain): _I Am having Sharp Throbbing Pain in my Left and Right Side of my mid-Lower Back. The Pain has Caused me to lay awake At night, and in the day (See Back)_

_Kent Stubbs_
**Offender's Signature**

_6-3-17_
**Date**

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

_____   _____

_____   _____

**Print Staff Name**   **Print Supervisor Name**

**Staff Signature**   **Date**   **Supervisor Signature**   **Date**

Distribution:   Affected Unit

DOC 0286 (Rev. 4/2010)

time my back doctor my pain
doctor has stopped ~~the~~ my pain medication. So I have
~~[scribbled out text]~~ nothing to help me cope
with the pain. THIS IS A VERY cruel and
INHumane ACT by medical STAFF!!

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

EX: 8D

Offender Name: _____Kent Stults_____ ID #: M51378 Living Unit: 7C-L1

Job Assignment: _____N/A_____ Shift: _____N/A_____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: (HCU) "Cunningham"

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Back Pain     Emergency !!

for the purpose of (explain): When I'm moving around, getting out of Bed into my wheel chair, or getting into The Shower or Bed, There are sharp Pains going Through my Back and It's

_____Kent Stults_____          6/5/17
Offender's Signature                    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____     Remarks by supervisor (if necessary) : _____

_____     _____

_____     _____

_____     _____

Print Staff Name          Print Supervisor Name

Staff Signature     Date          Supervisor Signature     Date

Distribution:  Affected Unit          *Printed on Recycled Paper*          DOC 0286 (Rev. 4/2010)

So painful That I have To sit and wait for The Pain

To go away Before I can do anything else. The Pain
is severe. Scale from 1 to 10 its (15). I need Some-
Thing for my pain, I don't care what it is, But I need
Help!!

my copy

Ex. 3 C

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Request

Offender Name: _Kent Stubbs_   ID #: _m51378_   Living Unit: _7C-L1_

Job Assignment: _N/A_   Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _(HCU) "Cunningham"_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back injury_

for the purpose of (explain): _I hurt my back trying to lift my legal box in my cell. I do not recieve any type of pain meds at all, even though I have back problems and I'm in Constant_ (see Back)

_Kent Stubb_   _6/14/17_
Offender's Signature   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

_____   _____

_____   _____

_____   _____
Print Staff Name   Print Supervisor Name

_____   _____   _____   _____
Staff Signature   Date   Supervisor Signature   Date

Distribution:   Affected Unit   DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

Pain. And after injuring or pulling my back, I was in even Greater Pain and I pushed the Emergency call button and The officer on duty came to The cell and I explained what had happened and That I was in great pain and needed to go to medical. He asked me if I was already taking medication for pain? And I said "No". - He called over To medical, and he told me he was told by The Nurse that if I came over to medical, They would not provide me with anything but a permit for "Ice" and charge me ($5.00). So I was NOT taken To medical at all. I JUST Sat In my cell In pain and was not provided any medical attention at all. It seems medical staff has decided not To provide me any type of meaningful care for my Pain. And I find This To Be very cruel treatment."

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

EX: 8F

Offender Name: _Kent Stubbs_   ID #: _MS1378_ Living Unit: _7C - L1_

Job Assignment: _N/A_   Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _(HCU) Medical Doctor_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain_

for the purpose of (explain): _I Am Still experiencing lots of Pain. - When I exercise or try to stand/straiten my back the pain is a "Ten" (10). when I lay flat and do leg lifts or try and_

_Kent Stubbs_
Offender's Signature

_7/14/17_
Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____

Remarks by supervisor (if necessary) : _____

Print Staff Name

Print Supervisor Name

Staff Signature          Date

Supervisor Signature          Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

Bend I feel on The left side is about a seven, but The pain on The Right side is A Ten. And when I'm Trying To Stand and put pressure on my Right Leg, The Pain in my back is Still very painful. It feels like a nail is stabbing me in The back. I'm also Still feeling pain in my lower back and The upper center part of my back. And As you know I'm Still (not) Recieving any type of medication for my pain. ————

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _Kent Stubbs_ ID #: _m51378_ Living Unit: _7C - 41_

Job Assignment: _N/A_ Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _(HCU) Medical_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Pain from Pushing wheelchair_

for the purpose of (explain): _The last couple days I have had to push myself to medical, and I've had to push myself to Lunch. (I Do NOT have AN ADA Pusher) And pushing myself_

_Kent Stubbs_                                    _7/21/17_
Offender's Signature                               Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

Print Staff Name                              Print Supervisor Name

Staff Signature          Date                 Supervisor Signature          Date

Distribution: Affected Unit                                    DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

From Division (7). The medical is causing my back to hurt more than the normal pain that I'm already experiencing in my back, and also in my left pinky finger. My left pinky finger has been swollen for over 3o months now since I first injured it in my fall off the top bunk, but doctors informed me that the swelling should go down. but so far it "has not." My left pinky is still cosiderably swollen and sore and Hurts when I Bend it and use it when I Roll The wheel chair my pinky finger starts to ache. It pretty mudh Hurts whenever I use my left hand because I often have To bend my fingers. ——

My
Copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _____Kent Stubbs_____ ID #: M51378 Living Unit: 7C - L1

Job Assignment: _____N/A_____ Shift: _____N/A_____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: HCU - Medical - Mrs. "Cunningham"

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Back Pain

for the purpose of (explain): Last night I could barely sleep. I woke up This morning with my back in Extreme pain, Caused by my repeated attempts to stand and my therapy - (See Back)

_____Kent Stubbs_____    7-26-17

Offender's Signature                    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

Print Staff Name                    Print Supervisor Name

Staff Signature        Date        Supervisor Signature        Date

Distribution:   Affected Unit        DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

Exercise, (also trying to pull my Knees to my chest.) my Lower back always hurts when I try to stand, and the Pain has not gotten any Better. Today, I could not Roll myself to Health care or to chow hall, because The pain in my back was too great.

*my copy*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Kent Stubbs_   ID #: _M51378_ Living Unit: _7C-L1_

Job Assignment: _N/A_   Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _HCu medical - Doctor_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain_

for the purpose of (explain): _Last night I could barely sleep. I woke up this morning with my back in Extreme pain, caused by my repeated attempts to stand and my Therapy Exer-_

_Kent Stbls_    _7/26/17_
Offender's Signature    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____    _____

Print Staff Name    Print Supervisor Name

Staff Signature    Date    Supervisor Signature    Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

cises (Leg lifts, trying to pull my knees to my chest.)
my lower back always hurts when i try to stand,
and The pain has not gotten any better. — Today,
I could not Roll myself to Health care or TO Chow
hall, because The pain in my back was Too
great. ——

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _Kent Stubbs_   ID #: _M51378_ Living Unit: _7C-4_

Job Assignment: _N/A_   Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _P.A. JAmes (HCU)_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _I'm Becoming Extremely Depressed and I don't know what To Do. - I've Been taking Physical Therapy to try and Help with my Back pain, So I_

_Kent Stubbs_  7/27/17
Offender's Signature   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): _____   Remarks by supervisor (if necessary): _____

Print Staff Name   Print Supervisor Name

Staff Signature   Date   Supervisor Signature   Date

Distribution: Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

Can get proper Therapy wheelchair until their...... back pain has not gotten better. I am still in Pain Every day, and I can't stand without Experiencing Sharp Throbbing Pain, It feels like the therapy and my efforts Are not working. I'm starting to feel Hopeless and I don't know what else to do. I don't even like To come out my cell anymore. Its becoming very difficult for me. I don't wanna be in This wheel Chair !!

EX: 8K

my copy

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Request

Offender Name: KENT Stubbs          ID #: M51378 Living Unit: 7C - L1
Job Assignment: N/A          Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: 7 House mental Health Counselor

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____
for the purpose of (explain): I'm Starting to get Very Depressed again. The physical Therapy I've been taking for my back pain is not Doing enough. I still can't get up out

Kent Stubbs                    7/28/17
_____          _____
Offender's Signature                    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____          Remarks by supervisor (if necessary) : _____

_____          _____

_____          _____

_____          _____

Print Staff Name          Print Supervisor Name

_____          _____
Staff Signature          Date          Supervisor Signature          Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

this wheel Chair and work ~~is~~ ~~getting~~ ~~so~~ ~~frustrating~~ fustraisenting. The Pain in my back is not getting better. The Therapy only helps relieve the Pain for a little while, but its not making Things Better. The Pain is still There, its becoming very difficult for me being in This wheel chair. I'm getting more and more Depressed and I dont know what to do.

EX-9A

My copy

## ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Kent Stubbs_   ID #: _M51378_  Living Unit: _BC-L1_

Job Assignment: _N/A_   Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _(HCU) medical Director / Supervisor_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _(Need) ADA Assistant_

for the purpose of (explain): _I saw the doctor Today, (But) I forgot to Ask about getting an ADA Attendant. - when I was on my way over to medical, I had To push myself, and That was a lot of_ _(See Back)_

_Kent Stubb_   _5-24-17_
Offender's Signature                    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____

Remarks by supervisor (if necessary) : _____

Print Staff Name                                  Print Supervisor Name

Staff Signature          Date          Supervisor Signature          Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

Pressure myself the whole way 90 to chow for lunch and diner, I Always have one of The inmates on my wing to push me. But when I go on a call pass, I have to push myself. And that has not Been easy for me To do, especially coming from 8-House, Because its All The way in The Back, So I'm tired and hurting Before I even get out of The gate. Thank you for your help ——

EX. 9B

My Copy

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Request

Offender Name: _Kent Stubbs_ ID #: _M51378_ Living Unit: _8C-L1_

Job Assignment: _N/A_ Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _A/W "Brookhart"_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Need ADA Pusher_
for the purpose of (explain): _I do not have a pusher and today I had to push myself over to medical. My back was in Tramendous pain before I even made it half way there. For the_

_Kent Stubbs_
Offender's Signature

_5/24/17_
Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____     Remarks by supervisor (if necessary) : _____

_____     _____

_____     _____

Print Staff Name     Print Supervisor Name

Staff Signature      Date      Supervisor Signature      Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

Past when I go to the chow line I ask my different Inmates on my wing to push me to chow, but I dont have anyone pushing me on my call passes. I would please like to be assigned a pusher. I sent a request slip to medical, but I never got a response.

Exhibit 9C

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: ___Kent Stubbs___  ID #: M51378  Living Unit: __8C-LL__

Job Assignment: _____N/A_____  Shift: ___N/A___

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Warden "Lamb"_ _____

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Need ADA pusher_

for the purpose of (explain): _I do not have a pusher and Today I had To push myself over to medical. My back was in Tramendous pain before I even made it half way There. for The_

_____Kent Stubbs_____  __5/24/17__
Offender's Signature                                      Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____  Remarks by supervisor (if necessary) : _____

_____  _____

_____  _____

_____  _____

_____                        _____
Print Staff Name                                              Print Supervisor Name

_____  _____          _____  _____
Staff Signature              Date                        Supervisor Signature           Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

past week. These types asking of different inmates on my wing to push me to chow, but I don't have anyone to push me on my call passes. I would please like to be assigned a pusher. I sent a request slip to medical, but I never got a response. ————

my copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Kent Stubbs_ ID #: _M51378_ Living Unit: _7C - LL_

Job Assignment: _N/A_ Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _(HCU) Medical "Mrs. Cunningham"_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Need ADA pusher_

for the purpose of (explain): _This is my 3rd Request asking for an ADA Pusher to be assigned to me. I have to constantly ask different guys to push me to chow, and when → (see Back)_

_Kent Stubbl_ _6/8/17_

Offender's Signature / Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____ Remarks by supervisor (if necessary) : _____

Print Staff Name                              Print Supervisor Name

Staff Signature        Date              Supervisor Signature        Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

I don't have anyone here to push
myself. I am currently dealing with severe lower
back pain and a sharp ~~pen~~ stabbing pain in my
right side. when I push myself, the pain is
greatly increased and at night my back is
Throbbing. I really need a pusher To help
take The pressure off my back, Thank you

*my copy*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: ~~AIFB~~ _Kent Stubbs_   ID #: _M51378_ Living Unit: _7C-L1_

Job Assignment: _N/A_   Shift: _N/A_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Mrs. Weaver (Placement)_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Need an ADA - Attendant_

for the purpose of (explain): _I am currently in a wheel chair and have been for nearly five months now. I am dealing with severe back pain after fall off the top bunk on to my back. I have made several_

_Kent Stubbs_
Offender's Signature

_8/24/17_
Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____

Remarks by supervisor (if necessary) : _____

Print Staff Name

Print Supervisor Name

Staff Signature      Date

Supervisor Signature      Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

verbal and written complaints to the warden, Mrs Cunningham, and the Doctor, expressing my need for an ADA Assistant. I am not able to clean the floor of my cell thoroughly on my own, and when I have to roll myself to chow hall or medical, my back pain is increased and it becomes painful to roll myself. I often deal with throbbing stabbing back pain which is consistent, even when I'm just sitting still, so being forced to push myself only makes my situation even more miserable and unbarable. Please, if there is anything you can do to help. Sometimes if I don't have anyone to push me to chow, I have to avoid going because I know I'm gonna be in pain from pushing myself. ——

—— Thank you for your help —

Case 3:18-cv-00408-RJD   Document 1-2   Filed 02/15/18   Page 38 of 68   Page ID #99

From: Inmate Kent Stubbs (MS1378)
RE: medical Issue: (6/1/17)

EXhibit: 10

To: (HCU) Supervisor, "Cunningham".

I was prescribed pain meds A few weeks after I had Fallen off the top Bunk Bed, by Dr. Shah. I was first given IBuprofin and another medication that was not helping at all with the pain. I was in pain for weeks before I was given a medicine that Seem To be helping. It has not Been The Best at getting rid of The pain, but it has helped with the pain. — Less than a week ago I went to see the new Doctor. He asked me how I was feeling, I told him I was Still experiencing a lot of pain in my back. I told him it Seemed like the **pain** had gotten worse. (I had also wrote request Slips Stating The Same thing) I Also Asked if I could start getting Some type of therapy, because I don't wanna Stay in This wheel chair. I Also told him my wheel chair was about to expire. — The doctor renewed my wheel chair permit, and Said he would Schedule me for therapy. He also Said to be patient with my pain, it may take a while before it goes away, and before I can Stand. — He did not Say Anything about my pain meds expiring, he did not Say he was not

gonna renew my pain meds. This was the first time I ever met with this doctor. I have never discussed my condition with him except this one time for 'five' minutes. 'Shah' (Dr. Shah) was the primary Doctor I talked to about my conditions and my progress or lack of progress and level of pain that I've been experiencing.

When my meds expired it was a Holiday weekend my meds expired on May 26, 2017 (Friday). I spoke to a Nurse who said the doctor is the only one who can renew my meds, and because it was a holiday weekend it may be a few days. I wrote a couple request slips to the 'Head Doctor' and 'Hcu-medical Supervisor', explaining that I am still in pain and in need of pain medication. On may 30, 2017, four days later, I submitted an Emergency request because the pain had gotten worse. On may 31, 2017, around midnight, I was taken to medical because I had a shooting stabing pain in the upper center part of my back. I was seen by the nurse and given (200 m. Ibuprofin), which did nothing to help, and I was sent back to my cell, to lay their in pain.

Today, on June 1, 2017, I was seen in-house by a nurse who responded to my Emergency

medical request. the Nurse came to see me to tell me there is 'Nothing She can do about my pain!' I Do Not know why A nurse would be sent to see me After I put in an "EMERGENCY!" medical Slip for my pain, Just to tell me there is nothing She can do !! — THE Doctor WAS HERE TODAY!! — why was I not put on The Schedule to See The doctor instead of being seen by someone who can't do anything To help me with my Emergency need? — I tried To find out why my pain meds were not renewed, The nurse could only Say The doctor wants me to use mustle rub, and try Therapy. I've been using mustle rub for The past couple months and That has not helped. And I was the one who requested Therapy, but that's not a reason to not renew my pain meds, The nurse Could (only) Suggest That I try The therapy to see if That helps. (BUT) She said Therapy won't be starting for at least Two weeks. So I asked her 'what do I do for The next Two weeks about my pain? Do I Just walk around and Suffer in pain? I'm not a doctor, but I know That Seems like A very cruel Thing To do To Someone who's experiencing Serious pain. from one To Ten (Ten being The worse), my Pain is A (TEN!) Just Because my pain meds expired does not

Exh. 10

mean that my pain Just went away. I'm still in
need of pain medication. My Condition has not
gotten better or Improved that much. I have
heard Several inmates Complain that this new
doctor is Just kicking people off their meds without
even looking into their medical Situation. I would
not have believed it until I Just experienced The
Situation myself. Unfortunately I don't have The
option of leaving and going to See a different doctor.
But this type of Action by a doctor to Just ~~because~~
take a patient off his med and to leave him to
Suffer in pain Seems very inhumane! — I would
really like to be Sent to See an outside Specialist
for my back pain. I do Believe I have pinched
nerve damage, and its obvious The medical Staff
here does not Know what their doing, or how To
Treat my Condition properly.

Thankyou for your Help.

Signed: _Kent Stall_   Dated: _6/1/17_
~~Kent Stall~~

my copy

Date: 6/12/17

TO: Warden "Lamb"

Exhibit: 11

Housing: 7C-L1

FROM: Kent Stubbs #M51378

NEED:  I Submitted an Emergency-Grievence on 6/4/17, that outlined Some very Serious problems that pose a Risk To my Immediate Health and well being, and you have deemed them to be non-Emergencies. So by your Standard I would like to know in writing what constitutes an Emergency? I would Also like to know How my Grievence Submitted 6/4/17, was nor an Emergency, when I fell off The top of one of the prison Bunk beds, Severely injuring my Back, Now I'm in a wheel-chair, in extreme pain, and a Doctor who I have only Spoken to with once for 5-minutes, who has 'NEVER' Examined me, decides I don't need any pain medication at all, and then tells me to get up and learn to live with The pain. - I don't know where this doctor came from, he Just popped up one Day and now He's ordering me to get up and live with my pain. He has no idea How hard I've been working and how I've been Struggling to get out This chair. —

His Actions have done Nothing but caused a set-back in The progress I was making. None of The Staff here has Assisted me or worked with me to try and get up. I've Been Doing That on my own. — I have not even Been provided an (ADA) Attendant to push me, and with my back injury, you would think That would have been The first thing the Doctor did, it feels like I'm Being Singled out for unfair Treatment. THiS IS SERiOUS!! I HAve Back pain! I should have A Pusher! Everytime I have To push myself a long distance, I Risk Further injuring my Back. And The Doctor Canceling my Pain meds have done nothing But cause me to Suffer for no good reason, and I Don't have The freedom of going and getting a second doctor's oppenion or going to Another Hospital for better treatment — THiS IS Cruel! — And It IS AN Emergency!!

Signed: Kent Stubbs #m51378        Dated: 6/12/17

R7-CL-01

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 6/7/17 | Offender: (Please Print) Kent Stubbs | ID#: M51378 |
| --- | --- | --- |
| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: | Lawrence C.C. |

RECEIVED
LAWRENCE C.C.
AUG 03
GRIEVANCE
OFFICE

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____  
  Date of Report 08-17-16   Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I have been Denied medication for my pain by the Doctor (Ahmed). - I have been hearing inmates around the prison talking about this New Doctor 'Ahmed', who's canceling Everybodies medication, and telling them they don't need it. I would have not believed the Story until It Just Happened to me. - I have been in pain for nearly 2-months After falling off A Bunk bed in 3-House. I am Believing I have Nerve Damage in my Back, which may require outside medical treatment Because I have never in my life. Been in this kind of pain. (See back)

Relief Requested: I would like To be Seen By a Different Doctor and be taken to a Specialist who knows about Back injuries and Nerve damage. (I Also need pain meds for my Back pain!)

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kent Stubbs _____  M51378 _____  6/7/17
Offender's Signature                    ID#              Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 6/8/17    [x] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per HCUA Cunningham, As documented in Medical chart I/M Stubbs being Seen and treated by licensed Illinois Physician w/in community standards of care. Follow up appt. scheduled with MD to address additional medical concerns.

A. McCaslin _____        A. McCaslin _____  7/18/17
Print Counselor's Name                    Counselor's Signature            Date of Response

---

### EMERGENCY REVIEW

Date Received: ____/____/____    Is this determined to be of an emergency nature?   [ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____        ____/____/____
Chief Administrative Officer's Signature                    Date

Distribution: Master File, Offender                    Page 1                    DOC 0046 (8/2012)

BACK Page Missing ??

Need Original Copy

Date: June 1, 2017

To: (HCU) Head "Doctor"

I was prescribed pain meds by Dr. Shah after I fell off the top bunkbed and badly injured my back. - I was first given Ibuprofin and another medication that did not work or help with the pain. I was in pain for weeks before I was given a medicine that seem to help. But less than a week ago my pain meds expired after I met with you on the may 24, 2017, my meds expired on may 26, 2017. I do not know if it was your intention to not renew my pain meds, but when I met with you, you asked me how I was feeling, and I told you that I was still experiencing a lot of pain in my back, **and** it seem to be getting worse, not better. I also asked about physical therapy and my wheel chair needing to be renewed. You said you would schedule me for therapy and renew my wheel-chair permit, you also told me to be patient, it may take a while for the pain to go away and before I can completely stand. You did not mention anything about my pain meds expiring, you did not say anything about not

Ex: 12

2 of 4

renewing my meds either. So I was very shocked to learn my pain meds had expired, especially with all the request slips I've been sending concerning my constant pain and discomfort that I'm experiencing. On May 30, 2017, (4) days after my meds expired, I submitted an Emergency Sick call slip because I was experiencing a serious attack of pain. And on May 31, 2017, around midnight, I was taken to medical Because the pain had become unbearable. The nurse could only give me (200 m.) Ibuprofin, which did nothing to help, and I went back and layed in my cell in pain for the rest of the night. I Am STILL In Pain! — Today, on June 1, 2017, The nurse came to see me concerning my emergency medical request, Just To tell me There was nothing she could do to help with my pain. She did not even offer me an Asprin!! I do Not understand This medical System that they have in place. I Do not know why A nurse would come and see me when I'm experiencing This kind of pain, Just to tell me She can't do Anything To Help?!

I Also do not understand why its so hard to get the proper help I need when I'm dealing with this kind of pain. The nurse eluded to the posibility that you may have wanted to cancel my pain meds and instead want me to use only mustle rub, and also therapy. I've been using the mustle rub for over 2-months, and it has not stoped or even helped with the pain. And the nurse said therapy wont start for 2-more weeks, so what do I do for the next 2 weeks about my pain? Do I just walk around and suffer in pain? And when I start therapy, will that suddenly just make the pain go away? I am not a doctor, but I do believe that if a person is in serious pain you do not just cut off their pain meds. That to me, seems to be a cruel and very inhumane thing to do to someone, and I seriously hope that was not your intention. From 1 to 10 (Ten being the worse) my pain is a '10' (Ten) and I would like to have my pain meds renewed, my condition is still severe. I would also like to be seen by

4 of 4

an outside Specialist who Specializes in Back injuries. I Believe I have a pinched nerve Because my Condition is not getting Better, but only worse. I would also like to have my pain meds renewed,

Thank you.

Signed. _Kent Stills_  Dated. _6/1/17_

Date: 6/13/17

My Copy

To: "CunningHam" (HCu) medical

Housing: 7C-L1

FRom: Kent Stubbs # MS1378

NEED: I have written (3) Emergency Grievances
to you within the past couple weeks, along with a
letter concerning the New Doctor 'Ahmed', who has
Canceled my pain medication leaving me to suffer in
pain. I ~~receive~~ Am recieving 'No' medication at all
for my pain and I am Constantly Hurting. I can't
even Sleep at night because I lay in my bed
agonizing in pain, tossing and turning. I went through
Similar problems with 'Dr. Shah' when I first injured
my back, but 'Dr. Shah' at least gave me Something
to try and help with the pain. He provided 'Mucle.
Rub, Ibuprofin', (which did absolutely nothing). and
another medication that I can't remember the name,
that also did nothing. Finally he prescribed 'Tramidol'
I had Never "Ever" taken Tramidol, and Never heard of
'Tramidol' until Dr. Shah gave it to me. But the medi-
cation Did Help. Now This new Doctor who I have Seen
only once for 5-minutes has Accused me of wanting
Dope! - I don't know anything about medication,
and I am not asking to be put back on 'Tramidol'
(BuT) I Am asking to be provided with a pain medi-
cation that works, because I am in Severe pain.

The doctor canceling my pain medication has done
nothing but caused a set back in the progress I
was already making. I've been working by my-
self, struggling to get up out this chair, suffering
in pain. None of the ~~medication~~ medical staff here
has done anything to assist me or tried to help me
get up. I've been working on my own. Yet, I do
not have ~~an~~ ADA Gyme, I have not been provided
a pusher, even though I have a back injury, and
pushing myself a long distance is a risk to further
injury my back and can prolong my recovery and
cause more harm. I have a constant stabing pain
in the Right lower mid part of my back and pain in my
lower back and the upper center part of my back.
And my pain IS SEVERE!! — I would like to be
sent to see a Specialist to examine my back injury,
because this is not normal, and I should not be
left to just suffer in pain. I need to be provided
the proper assistance and help that I need.

Signed: _Kent Stull_                    Dated: 6/13/17

Ex: 12

## Offender Request

Offender Name: _Kent Stubbs_   ID #: _M51378_ Living Unit: _8C-L1_

Job Assignment: _N/A_   Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _(HCU) medical "Doctor"_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain_
for the purpose of (explain): _one of the nurses told me I need to start Trying to get up out of the chair a few weeks ago, so I've Been Trying To get up ~~everyday~~ and trying To force myself to Stand — out still_   (See Back)

Offender's Signature   _5-27-17_
   Date

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

Print Staff Name   Print Supervisor Name

Staff Signature   Date   Supervisor Signature   Date

Distribution: Affected Unit   _Printed on Recycled Paper_   DOC 0286 (Rev. 4/2010)

---

— Request Slip —

offender name: _Kent Stubbs_   I.D#: _M51378_   unit: _8C-L1_

To: _(HCU) medical "Doctor"_

Reason: _Refill "Pain-meds"_

Explain: _my pain meds expired on 5/26/17, I've not had any medication to treat my pain within the past 24 hours, and my Back has been hurting Pretty Bad. I've also Been feeling Pain in my 'Right-Leg' down The back part of my Theigh & calf—_

STAFF Response:   _5-28-17_

even or trying to force myself to stand, my back starts throbbing really really bad, and at night it becomes even more unbearable. — It seems like the pain is getting worse instead of better. I have a lot more movement than I had before, but I can't stand up straight or put a lot of pressure on my lower back because of the pain. — When I skip my pain meds, my pain is at a (10). But when I take my meds it's at an (8)/(7) and the pain is still pretty constant. There have been a few days that I hardly feel any pain until I try to get up @and stand, or start moving around a lot, then slowly the pain begans to creep back up. But like I said, most days the pain is just there, constantly ——————

area. And I've been getting an off and on pain in the "mid" ~~middle~~ "upper" center of my back, which ~~too~~ makes it hurt when I breath in. The pain in my leg has woke me up out of my sleep a couple times in the past few days. This is the first time I've experienced these pains in my legs & the upper center of my back. — Please renew my pain meds, or schedule me to see the doctor as soon as possible. — Thank you ——

offender signature: _____   Date: 5-28-17

EX: 12

**Offender Request**

Offender Name: _Kent Stubbs_    ID #: _M51378_ Living Unit: _7C-L1_

Job Assignment: _N/A_    Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _To (HCU) Cunningham"_    _"Emergency!!"_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain -_
for the purpose of (explain): _I Am having Sharp Throbby Pain in my Left_
_and Right Side of my mid-Lower Back. The Pain has_
_caused me to lay awake At Night, and In The days_
_(See Back)_

_Kent Stubbs_    _6-3-17_
Offender's Signature    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

Print Staff Name    Print Supervisor Name

Staff Signature    Date    Supervisor Signature    Date

Distribution:   Affected Unit    DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

---

- REQUEST SLIP -

Offender Name: Kent Stubbs    ID#: m51378  unit: 7C-L1

To: (HCU) medical "Supervisor"

Reason: Pain Meds

Xplain: Emergency!! - I have not had my pain meds
renewed. I've Been in Serious pain for The Past 3 days,
and I've Been told by The nurses the doctor hasn't Been
here and I'm Just Suffering in pain. The Nurses Said They
can't do anything because my Pain meds have expired -
~~strikethrough~~    (See Back) -

Signed: Kent Stubbs    Date: 5/30/17

time ~~my~~ ~~~~~~~~~~~~~~~~~~~~~~ ~~~~~~~~~~~~~~~~~~~~~~ ~~pain~~. The
doctor has stopped ~~~~ my pain medication. So I ha
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ nothing to help me cope
with the pain. THIS IS A VERY cruel and
INHumane ACT by medical STAFF!!

Just
~~(1)~~) Because my pain-meds have expired, Does not mean
That my pain has stopped. And now I'm experiencing
excruciating pain in my lower back and a stabing
feeling in my Right mid-lower Back. I need To
see The Doctor or have my pain meds renewed
as soon as possible. This pain is worse Then
any I've experienced before. And its very diffi-
cult To even get up and go To The chow hall or
use The bathroom.

                    — Thank you —


name: _____          Date: 5-30-17

EX: 12

My Copy

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender Request

Offender Name: _Kent Stubbs_   ID #: _M51378_ Living Unit: _7C-L1_
Job Assignment: _N/A_   Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _(PA) JAMES (Health Care_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Meds_
for the purpose of (explain): _I Am having a hard time getting up_
_in The morning to take my meds due to The_
_pain I'm experiencing, So I've Been refusing_ _(see Back)_

_Kent Stubbs_   _6/4/17_
Offender's Signature   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

_____   _____

_____   _____

Print Staff Name   Print Supervisor Name

_____   _____   _____
Staff Signature   Date   Supervisor Signature   Date

Distribution:   Affected Unit   *Printed on Recycled Paper*   DOC 0286 (Rev. 4/2010)

---

My Copy

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender Request

Offender Name: _Kent Stubbs_   ID #: _M51378_ Living Unit: _7C-L1_
Job Assignment: _N/A_   Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _(HCU) "Cunningham"_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Injury_
for the purpose of (explain): _I hurt my back Trying To lift my legal_
_Box in my cell, I do not recieve any Type of pain meds_
_at all, even though I have back problems and I'm in_

_Kent Stubbs_   _6/14/17_
Offender's Signature   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

_____   _____

_____   _____

Print Staff Name   Print Supervisor Name

_____   _____   _____
Staff Signature   Date   Supervisor Signature   Date

Distribution:   Affected Unit   *Printed on Recycled Paper*   DOC 0286 (Rev. 4/2010)

My meds cause its easier then setting up. I was wondering if you wouldn't mind putting both my meds together in the evening med Line. I know you had suggested this before, But I said I didn't like the idea of taking a lot of meds at once, but currently I am not recieving any pain meds, so I believe it would be much easier for me to take them in the evening while I'm already up and moving around.

THANK you!

---

Constant pain. And After ~~once~~ injury or pulling my back, I was in even greater pain and I pushed the Emergency call Button and the ~~officer~~ on duty came to the cell and I explained what had happened and that I was in great pain & needed to go to medical. He asked me if I was Already taking medication for pain? and I ~~said~~ "NO". — He called over to medical, and he told me he was told by the nurses that if I came over to medical, they would not provide me with anything But A permit for ~~an~~ "Ice" ~~pack~~ and charge me ($5.00). So I was not taken to medical At All. I just sat in my cell in pain and was not provided Any medical Attention At All. It seems medical staff has decided not to provide me any type of meaningful care for my pain. And I find this to be very cruel Treatment!!

EX: 12

**Offender Request**

Offender Name: _Kent Stubbs_    ID #: _MS1378_   Living Unit: _7C-L1_

Job Assignment: _N/A_      Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _(HCU) Medical Doctor_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain_

for the purpose of (explain): _I Am Still experiencing lots of pain. — when I exercise or try to stand/straiten my back The pain is a "Ten" (10), when I lay flat and do leg lifts or try and_

_Kent Stubbs_      _7/14/17_
Offender's Signature      Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____     _____

Print Staff Name      Print Supervisor Name

_____     _____
Staff Signature    Date     Supervisor Signature    Date

Distribution:   Affected Unit      DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

---

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Request**

Offender Name: _Kent Stubbs_    ID #: _MS1378_ Living Unit: _7C-L1_

Job Assignment: _N/A_      Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _(HCU) Medical_       _Pain from_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Pushing wheelchair_

for the purpose of (explain): _The last couple days I have had to push myself to medical, and I've had to push myself to Lunch. (I Do NOT have AN ADA Pusher) And pushing myself_

_Kent Stubbs_      _7/21/17_
Offender's Signature      Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____     _____

Print Staff Name      Print Supervisor Name

_____     _____
Staff Signature    Date     Supervisor Signature    Date

Distribution:   Affected Unit      DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

send my knee and bring it to my chest, the pain I feel on the left side is about a seven, but the pain on the right side is a ten. And when I'm trying to stand and put pressure on my right leg, the pain in my back is still very painful. It feels like a nail is stabbing me in the back. I'm also still feeling pain in my lower back and the upper center part of my back. And as you know I'm still (not) recieving any type of medication for my pain. —————

From Division (7) to the chow Hall and to medical is causing my back to hurt more than the normal pain that I'm already experiencing in my back, and also in my left pinky finger. My left pinky finger has been swollen for over 3 months now Since I first injured it in my fall off the top Bunk, But doctors informed me that the Swelling should go down, but so far it "has not". My left pinky is still cosiderably swollen and sore and hurts when I bend it and us it when I roll the wheel chair my pinky finger starts to ache. It pretty much Hurts whenever I use my left hand because I often have to bend my fingers. ———

Ex: 12

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Kent Stubbs_   ID #: _M51378_  Living Unit: _7C-L1_

Job Assignment: _N/A_   Shift: _N/A_

Please refer to the directory located in your orientation manual and address proper personnel.

To: _HCU medical - Doctor_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _Back Pain_

for the purpose of (explain): _Last night I could barely sleep. I woke up this morning with my back in Extreme Pain, caused by my repeated attempts to stand and my Therapy Exercise still_

_Kent Stubbs_   _7/26/17_
Offender's Signature   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

Print Staff Name   Print Supervisor Name

Staff Signature   Date   Supervisor Signature   Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

---

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _KENT Stubbs_   ID #: _____   Living Unit: _____

Job Assignment: _____   Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _7 House mental Health Counselor_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _I'm Starting to get very Depressed again. The physical Therapy I've been taking for my back pain is not Doing enough. I still can't get up out_

_7/28/17_
Offender's Signature   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

Print Staff Name   Print Supervisor Name

Staff Signature   Date   Supervisor Signature   Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

cises

my lower back always hurts when I try to stand, and the pain has not gotten any better. — Today, I could not roll myself to Health care or to chow hall, because the pain in my back was too great. ——

this wheel chair and walk, and its getting very frustraisentry. The pain in my back is not getting better. The Therapy only helps relieve the pain for a little while, but its not making things better. The pain is still there, its becoming very difficult for me being in this wheel chair. I'm getting more and more Depressed and I dont know what to do.

My Copy

EX: 12

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: ~~(Alto)~~ Kent Stubbs     ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A     Shift: N/A

Please refer to the directory located in your orientation manual and address proper personnel.

To: Mrs. Weaver (Placement)

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Need an ADA-Attendant

for the purpose of (explain): I am currently in a wheel chair and have been for nearly five months now. I am dealing with severe back pain after fall off the top bunk on to my back. I have made several

Kent Stubbs     8/24/17
Offender's Signature     Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____     Remarks by supervisor (if necessary) : _____

_____     _____
_____     _____
_____     _____

Print Staff Name     Print Supervisor Name

Staff Signature     Date     Supervisor Signature     Date

Distribution:   Affected Unit

*Printed on Recycled Paper*     DOC 0286 (Rev. 4/2010)

---

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

My Copy

Offender Name: Kent Stubbs     ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A     Shift: N/A

Please refer to the directory located in your orientation manual and address proper personnel.

To: Medical Supervisor (Mrs Cunningham)

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Back Pain

for the purpose of (explain): I was placed on a Naproxen for Chronic pain A few weeks ago, but the Naproxen is not helping. I have made similar complaints in the past that were ignored, and I

Kent Stubbs     9/22/17
Offender's Signature     Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____     Remarks by supervisor (if necessary) : _____

_____     _____
_____     _____
_____     _____

Print Staff Name     Print Supervisor Name

Staff Signature     Date     Supervisor Signature     Date

Distribution:   Affected Unit

*Printed on Recycled Paper*     DOC 0286 (Rev. 4/2010)

verbal and written complaints . . . . . . . . . . . . . . . . . . . . . Cunningham,
and the Doctor, expressing my need for an ADA Assistant. I am
not able to clean the floor of my cell thoroughly on my own,
and when I have to roll myself to chow hall or medical,
my back pain is increased and it becomes painfull to roll myself
- often deal with throbbing stabbing back pain which is con-
istent, even when I'm just sitting still, so being forced
o push myself only makes my situation even more
niserable and unbarable. Please, if there is anything
you can do to help. Sometimes if I don't have anyone
o push me to chow, I have to avoid going because I
know I'm gonna be in pain from pushing myself. ——

—— Thank you for your help ——

am making an attempt to once again address the issue.
I don't know much about medication, but I was given
Naproxen once before and it did not help, and it
does not seem to be helping now. I would like
to be put on a different type of pain medication, or
be sent to see a neuralogist ~~who~~ understands severe
back pain. - Thank you ——

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received:  8-3-17 | Date of Review:  9-21-17 | Grievance # (optional)  08-17-16 |
| Offender:   STUBBS, KENT | | ID#:   M51378 |

**Nature of Grievance:**   MEDICAL TREATMENT

**Facts Reviewed:**

Inmate Stubbs M51378 claims he is not receiving adequate treatment from Lawrence C.C. Medical unit. He claims he was denied proper medication and treatment by the M.D.

Relief requested: "I would like To Be seen By a Different Doctor and be taken to a Specialist who knows about Back injuries and nerve damage( I Also need pain meds for my Back pain!)"

Per the 7-14-17 written response from HCUA Cunningham: As documented in medical chart, Inmate Stubbs being seen and treated by licensed Illinois Physicians within community standards of care. Follow up appointment scheduled with MD to address additional medical concerns.

Per a review of O360 Call Pass Associated view screen, Inmate Stubbs has been scheduled to be seen by the M.D. on the following dates: 7/19/17, 7/20/17, twice on 7/24/17-once by Dr. Ahmed & once by Dr. Shah and 8/29/17. He has been scheduled to be seen on NSC on the following dates: 7/18/17, 7/27/17, 7/30/17 and 8/23/17. He has been scheduled for Physical Therapy on the following dates: 7/18/17, 7/20/17, 7/24/17, 7/26/17, 8/7/17, 8/11/17 and 8/18/17.

This Grievance Officer recommends that Inmate Stubbs M51378 is being treated within Community Standards of Care. If he wishes to address the issue again he should follow established procedures regarding requesting Health Care. He should continue to utilize NSC process for Healthcare concerns.

**Recommendation:**
Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied. Inmate Stubbs M51378 is being treated within the Community Standards of care. Inmate Stubbs M51378 should submit written request to Health Care Unit for his medical concerns.

JEFFREY STRUBHART CC II
Print Grievance Officer's Name                       Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received:  9-25-17   ☑ I concur   ☐ I do not concur   ☐ Remand | | |

Comments: _____

Chief Administrative Officer's Signature                       9,25,17  Date

**Offender's Appeal to the Director**

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                   M51378   9,27,17
                                        ID#        Date

To: Director

## Argument for Appeal

The Administrations response to my grievence fails to clearly and directly address any of the issues raised.

- The Grievence was written against Dr. Ahmed, to address the poor medical treatment I recieved, and the deliberate pain and suffering I was caused by Dr. Ahmed's refusal to provide me with any meaningful treatment of care.

- Dr Ahmed failed to address my chronic back pain, which was caused in an accident after falling backwards off the top Bunk Bed several feet onto the concrete floor, injuring my head, hand, and back. Since my accident, I have been in a wheel-chair suffering with chronic back pain.

- I have written over (Two Dozen) request slips and letters, repeatedly asking to be assigned an "ADA" Attendent to help push me on call passes, and 'to and from' chow hall, to eleveate the pressure and pain on my back when I'm forced to push myself. I've also made multiple request asking to see a specialist who knows about back injuries and nerve damage,

1 of 3

EX: 12

because my back has not been getting any better. I've also made dozens of request for medication to treat my chronic back pain. But for months, all my request went ignored. Nurses would tell me there was nothing they could do, That the doctor was made aware of my condition, but they were not authorized to provide me any Kind of medication. I was even denied Emergency medical Attention. (See the Attached request slips and letters)... Repeatedly I have gone to see the doctor and he has ignored my complaints. He has repeatedly told me over and over that I'm a young man and I don't need medication for my pain, or need to see a specialist, or a pusher to push me He said, and I quote: "You are a young man, you should just get up and walk, and live with the pain." (End quote)... Then he would make me leave his office, despite what type of pain I was in, he refused to hear anything I had to say. For months he ignored my request slips and grievences and just let me suffer needlessly, and 'HCUA-Cunningham' was also made aware of these issues and failed to properly address any of these matters. And now, once again, in this grievence process, the medical staff and the administration is choosing to ignore the issues

2 of 3

EX: 12

and not to properly address my grievences, or
show cause or explain why it is this type of
neglect was allowed to happen.

Exhibit: 12

Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court. P.O. Box 19277 • Springfield. IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: ___Stubbs, Kent___

ID# : ___M51378___

Facility: ___Lawrence CC___

10/31/17
Date

This is in response to your grievance received on ___10/6/17___. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** ___6/7/17___   **Grievance Number:** ___08-17-16___   **Griev Loc:** ___Lawrence CC___

- [ ] Transfer denied by the Facility
- [ ] Dietary _____
- [ ] Personal Property _____
- [ ] Mailroom/Publications _____
- [ ] Assignment (job, cell) _____
- [ ] Commissary / Trust Fund _____
- [ ] Conditions (cell conditions, cleaning supplies, etc.) _____
- [ ] Disciplinary Report: Dated: _____ Incident # _____
- [x] Other ___Medical: Dr. Ahmed discontinued his pain medication___

**Based on a review of all available information, this office has determined your grievance to be:**

- [ ] Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- [ ] Denied, in accordance with DR504F, this is an administrative decision.
- [x] Denied, this office finds the issue was appropriately addressed by the facility Administration.

- [ ] Denied as the facility is following the procedures outlined in DR525.
- [ ] Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- [ ] Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

- [x] Other: ___This office contacted Lawrence CC for review of the medical file. Offender Stubbs has been seen several times for his complaint of back pain. He was prescribed Naprosyn until 10/29/17. Offender has a medical permit for wheelchair, ADA gym, ADA Pusher, Low bunk/gallery. Any current medical concerns should be addressed with healthcare staff via sick call.___

FOR THE BOARD: _Sarah Johnson_
Sarah Johnson
Administrative Review Board

CONCURRED: _John R. Baldwin_
John R. Baldwin
Acting Director

CC: Warden, ___Lawrence___ Correctional Center
    ___K. Stubbs___, ID# ___M51378___

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**