Ex. 13

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 8-20-17 | Offender: (Please Print) Kent Stubbs | ID#: M51378 |
|---|---|---|
| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. | |

RECEIVED LAWRENCE CC SEP 1 2017 GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify):
- ☐ Disciplinary Report: / / Date of Report ______ Facility where issued

09-17-90

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On Friday, August 18, 2017, I was seen by two Physical TheraPIST, one of whom acted in a very careless and unprofessional way, which caused me to hurt myself and leave my Therapy Session in very severe pain. - when I arrived, I was seen by my regular TherapIST and a younger TherapIST who I believe was there to assist her or to examine me. The younger TherapIST asked me how my back was feeling on a scale from "1 to 10"? I was still in pain from my last Therapy Session. I told her my pain was a "Ten". She gave me a doubtful look and questioned my response as if she did- (See Back)

Relief Requested: I am asking that I be sent to see a back specialIST because my back pain has been on going and I dont feel like the care I'm getting is At All adiquate.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kent Stubbs — Offender's Signature | M51378 — ID# | 8/20/17 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 8/22/17 ☒ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per healthcare: "Per chart review offender has been seen by Physical therapy dept since 7-5-17, per P.T not has had a decline in strength was D/C from PT on 8-18-17 has been seen by MD on 8-29-17 med order for back pain"

Blake — Print Counselor's Name | Blake CCI — Counselor's Signature | 9/5/17 — Date of Response

**EMERGENCY REVIEW**

Date Received: / /

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ______ Date / /

Distribution: Master File; Offender

DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

not believe me, and I explained that I was in pain from the Physical Therapy I had several days earlier, in which my regular therapist had attached leg weights to my ankles and had me do leg lifts, which caused me to experience severe pain and throbbing in the middle upper and lower part of my back. I Also Explained that it doesn't help that I'm sleeping on a steel bed with a really thin mattress, which only further adds to the pain. The assistant Therapist seemed irritated by my explination of the pain I was feeling and she cut me off from talking and told me There's nothing she can do about my problems. She spoke in a very sarcastic and condescending way. And I responded by saying, She had asked 'me' about my back, So I was just trying to explain and give her an idea of what I'm feeling. She seemed even more irritated by my response and ordered me to climb from my wheel chair on to the exercise matt. She asked if I had been trying to stand and I said, "yes, I have been trying To Stand, but I can't put a lot of pressure or weight on my Lower back without experiencing severe pain." She then asked me to hold on to the back of my wheel chair and try to stand. And I stood by placing most of my weight on my arms as The Two Therapist held the front of the wheel chair steady. The young Therapist asked me to try to Apply weight to my Left foot and as I was trying, She seemed to let go of the front of the wheel chair purposely forcing me to Apply weight to my legs and pressure on my back, causing me to fall onto the exercise matt in Extreme pain. I layed There in pain, holding my back, as the assistant ordered me to try to do a sit up and leg lifts, I told her I couldn't because I was in too much pain. She became irritated and gave me my 'I.D' and told me I could leave. She said she was recommending the doctor cancel my Therapy because she felt my condition was not getting better with The current Treatment. Her Actions and behaviour was very cruel and uncareing. And it was her actions that caused me to be in such pain. The Regular therapist Never acted in such a way, but she stood there and watched and allowed the miss Treatment to happen and she did not say anything. This Type of Abusive Treatment should not be allowed, and it does not help my situation at all!!

(See Attached documents To medical Director/and Doctor.)

Ex 13

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A Shift: N/A

Please refer to the directory located in your orientation manual and address proper personnel.

To: Medical (HCU) "Doctor"

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Chronic Pain

for the purpose of (explain): I've been experiencing strong chronic back pain for the past five months, and a week ago I greatly aggrivated my back pain during one of my physical Therapy Sessions. (See back)

Kent Stubbs 8/19/17

Offender's Signature Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : ______

Remarks by supervisor (if necessary) : ______

Print Staff Name

Staff Signature Date

Print Supervisor Name

Supervisor Signature Date

Distribution: Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 4/2010)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A Shift: N/A

Please refer to the directory located in your orientation manual and address proper personnel.

To: Medical (HCU) "Cunningham"

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Chronic Pain

for the purpose of (explain): I've been experiencing strong chronic Back pain for the past five months, and a week ago I greatly aggrivated my back pain during one of my physical Therapy Sessions. (See Back)

Kent Stubbs 8/19/17

Offender's Signature Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : ______

Remarks by supervisor (if necessary) : ______

Print Staff Name

Staff Signature Date

Print Supervisor Name

Supervisor Signature Date

Distribution: Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 4/2010)

aggrivated my back even more, when the Therapist (Not my regular Therapist) But the young Therapist who was working with her, tried forcing me to stand and put pressure on my Lower Back. now my back is in extreme serious pain. I'm not currently recieving or taking any type of medication for pain. - The pain is in my Lower and upper Center Back. There is Also a stabbing pain in the mid - Lower Left Side of my back. I am asking that I please be provided some type of medication to help with the pain. And I would like To Be Sent for an (MRI) and To See a Back specialist, or someone who knows about Nerve damage, because the pain I'm having is really unbearable.

Thank you

---

[illegible] I've [illegible] waking up in extreme pain, and during my last Therapy Session on Friday, August 18, 2017, I aggrivated my back even more, when the Therapist (Not my Regular Therapist) But the young therapist who was working with her, tried forcing me to stand and put pressure on my Lower Back. Now my back is in extreme serious pain. I'm not currently recieving or taking any type of medication for pain. - The pain is in my lower and upper center Back. There is Also a stabbing pain in the mid Lower Left Side of my back. I am asking that I please be provided some type of medication to help with the pain. And I would like To Be Sent for an (M.R.I) and to see a Back Specialist. The current pain is really unbareable.

— Thank you —

Ex 13

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

Grievance Officer's Report

**Date Received:** 9-19-17 **Date of Review:** 11-29-17 **Grievance #** (optional) 09-17-90

**Offender:** STUBBS, KENT **ID#:** M51378

**Nature of Grievance:** MEDICAL TREATMENT

**Facts Reviewed:**

Inmate Stubbs M51378 claims in a grievance dated 8/20/17 that on Friday, August 18, 2017 he was seen by two Physical Therapists and one of them acted in a very careless & unprofessional manner causing him to hurt himself and leave Healthcare in very severe pain.

Relief requested: "I am asking that I be sent to see a back specialist because my back pain has been going and I don't feel like The care I'm getting is At all adiquate."

Per 8-30-17 response from DON McFarland: Per chart review offender has been seen by physical therapy department since 7-5-17, per P.T. no progression in decreasing pain and has had a decline in strength. He was discontinued from PT on 8-18-17; he has been seen by M.D. on 8-29-17 with medication order for back pain.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied. Inmate Stubbs M51378 is being treated by licensed physician. Inmate Stubbs M51378 is encouraged to follow the Nurse Sick Procedure when he has Medical concerns.

JEFFREY STRUBHART CC II
Print Grievance Officer's Name

[signature]
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

**Date Received:** 12 4 17 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature]
Chief Administrative Officer's Signature

12, 4, 17
Date

**Offender's Appeal to the Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Kent Stubbs
Offender's Signature

M51378
ID#

12, 21, 17
Date

Ex: 13

Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court. P.O. Box 19277 • Springfield. IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: Stubbs, Kent

Date: 1/8/18

ID# : M51378

Facility: Lawrence CC

This is in response to your grievance received on 12/27/17. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 8/20/17 **Grievance Number:** 9-17-90 **Griev Loc:** Lawrence CC

- ☐ Transfer denied by the Facility
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Assignment (job, cell)
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: ________ Incident # ______
- ☒ Other Medical: physical therapist 8/18/17 treatment for back pain

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden ________________ is advised to provide a written response of corrective action to this office by ________________.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ☐ Other: ________________

FOR THE BOARD: Sarah Johnson
Sarah Johnson
Administrative Review Board

CONCURRED: John R. Baldwin
John R. Baldwin
Acting Director
1/10/18

CC: Warden, Lawrence Correctional Center

K. Stubbs, ID# M51378

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

Ex: 14

ILLINOIS DEPARTMENT OF CORRECTIONS

R7dl 1

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: Stubbs (Last Name) Kent (First Name) ____ (MI) M51378 (ID#)

Facility: Lawrence

☒ Grievance: Facility Grievance # (if applicable) __________ Dated: 11/8/17, 11/16/17 or ☐ Correspondence: Dated: __________

Received: 12/14/17 (Date) Regarding: Counselor Ulrich, response to grievances dated 8/25; 8/20

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☒ Contact your correctional counselor or ~~Field Services~~ grievance office regarding this issue. for the status.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on __________ (Date)

☐ No justification provided for additional consideration.

**Other** (specify): ____________________

Completed by: Sarah Johnson (Print Name) S Johnson (Signature) 12/18/17 (Date)

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.5/2017)

From: Kent Stubbs #M51378
Lawrence Corr. Center
10930 Lawrence Rd
Sumner IL. 62466

1 of 3 Grievences mailed on: 12/6/17

RECEIVED
DEC 14 2017
ADMINISTRATIVE REVIEW BOARD

EX: 14

To: ARB Board

The counselor mrs. Ulrick has intentionally and purposely taken steps to interfear with the grievence process in multiple grievences that I've filed.

on 8-25-17, I filed a grievence against the medical Administrator, mrs. Cunningham, regarding denial of medical treatment. (See Doc#3). on or about 10/20/17, I began to enquire into the Status of my grievence, and Sent a request to the counselor. I also Submitted two request slips further addressing my medical needs outline in my grievence. (See Doc's #4, 5), one To The warden, and one To medical Supervisor, mrs. Cunningham. on or about 10/26/17, mrs Ulrick, (The counselor), called me to her office and Said She had been on The phone with Someone from Healthcare and had gotten me approved For an 'ADA' attendant and 'ADA' gym, and Therefore had resolved my grievence issues concerning my ADA needs, and She tried returning my grievence to me Saying I no longer needed To persue my grievence against the medical Administrator, mrs. Cunningham, That I Submitted (2) months earlier on 8/25/17. (See Doc#3) I Then States To mrs Ulrick That I Still wanted To Exhaust my grievence. mrs Ulrick asked why, and I Said because I have a right To Exhaust The grievence process and I would like To Exercise my Right, and would like for her (The counselor) To

RECEIVED
DEC 14 2017
ADMINISTRATIVE
REVIEW BOARD

EX: 14

~~respon~~ provide a response To my grievence So I can continue The grievence process. mrs. Ulrick Seem To get upset at my response, and as I left her office, I heard her ripping papers. I did not look back To See what she ripped, So I do not know if She ripped up my grievences (Because She had Several That She tried To return to me, but I told her I wanted responses in writing.) After my visit to mrs Ulrick's office, I have since had problems recieving my grievences back from mrs. Ulrick, and The Grievence officer.

NOTE: Supporting Documents Found in Separate Grievence #2 of 3 mailed on 12/6/17

on one occassion I was told my grievence That I filed on 8-20-17, against Physical Therapy, *(see: 2 of 3 grievence mailed on 12/6/17, Doc #4), when I asked for The Status of my grievence, mrs Ulrick claims She could find no record of my grievence being filed. (see Also Doc#2) of 2 of 3 grievence)

After making multiple request to recieve status updates as To The Status of my missing grievences, and recieving no response, I began to Attach copies of my non-responsive grievences To Emergency grievences that I attempted To Send To The warden to make him aware That I was not recieving responses To my grievences (see Doc #1). It is my Belief That mrs. Ulrick Took steps To withhold my emergency grievences Because They were not Returned (And I still have not recieved my original Emergency grievences dated, 11-8-17, 11-16-17,) as A result, I then Submitted The

Ex:14

attached documents to the counselor on 11/20/17, asking for the Status of my Emergency grievences dated, 11/8/17, 11/16/17, and after The counselor failed To reply, I Submitted a request To The Head counselor Mr. Downing on or about 11/28/17, (see Doc #6). The day after I Submitted my ~~grievence~~ request To The Head Counselor. Downing, addressing The Two missing Emergency grievences, I Recieved The "Copy" of my Emergency grievences back from The Counselor, Signed and Dated in "Red" Ink (See grievence # E1017 RCVD 11/22/17 and grievence # E1013 RCVD 11/22/17). And my original Documents have Never Been Returned To me at All.

I Therefore ASK That These Documents be excepted and Reviewed by The 'ARB' Board and Responded To As Requested and be deemed Exhausted due to The facts of The events and The Actions of The Counselor To Hinder and Delay The grievence Process of The original grievence filed on 8/25/17 (Doc #3), and I ask That my Relief Also Be granted.

Thank you.

Signed: [signature] Dated: 12/6/17

Copy 1 of 2

Doc #1

EX: 14

my copy

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: To Counselor 'Ulrick'

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) status of Emergency Griev.

for the purpose of (explain): Attached is a copy of an Emergency grievance I Submitted to the warden on ~~[illegible]~~ 11/8/17 and have not recieved a response (Em. griev. usually responded to within → (see Back)

Kent Stubbs — Offender's Signature

11/20/17 — Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) :

Remarks by supervisor (if necessary) :

Print Staff Name

Print Supervisor Name

Staff Signature

Date

Supervisor Signature

Date

RECEIVED
DEC 14 2017
ADMINISTRATIVE REVIEW BOARD

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

3-7 days) I would like to know if this grievence was in fact submitted to The warden for review as required, or is this grievence among The grievences you have chosen to send to counselor Downing for Review?

Please Respond in writing. Thank you—

Doc # 2 Ex: 14

My Copy Copy My Copy

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11-8-17 | Offender: (Please Print) Kent Stubbs | ID#: M51378 |
|---|---|---|
| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. | |

**NATURE OF GRIEVANCE:** E1017 RCVD 11/22/17

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): ______
- ☐ Disciplinary Report: __/__/__ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Attached is a Duplicate copy of the original grievence sent to the counselor on 8/25/17, signed and returned and forwarded to the grievence officer on or about 9/3/17, over 2-months ago, and I have not yet recieved any response from the grievence officer, Therefore hindering my ability to further exhaust the grievence process in this matter. I attempted to recieve an update as to the current status of my grievence and recieved a reply from the counselor (Mrs. Ulrick) stating the issue was being addressed in another grievence. However, the

**Relief Requested:** That I be sent to see a back specialist regarding the severe injury and nerve damage to my back.

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kent Stubbs — Offender's Signature | M51378 — ID# | 11 / 8 / 17 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: __/__/__ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

______ Print Counselor's Name ______ Counselor's Signature __/__/__ Date of Response

RECEIVED

**EMERGENCY REVIEW**

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE** (Continued)

attached grievence also address issues that have not yet been resolved and therefore need to be addressed by mrs Cunningham, The Healthcare Administrator. And if no further steps are taken to respond to the Attached grievence, I ask That the grievence be considered exhausted since I would be unable to proceed any further in the grievence process. Thank you

Distribution: Master File: Offender

Chief Administrative Officer's Signature

Date 11/27/17

☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

ADMINISTRATIVE REVIEW BOARD

Doc #3

Ex: 14

my copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 8-25-17 | Offender: (Please Print) Kent Stubbs | ID#: M51378 |
|---|---|---|
| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): ______

☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

Copy Only

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I have written multiple request and letters to the Healthcare Supervisor "Mrs. Cunningham", in regards to my need to be provided pain relief medication to help with my severe back pain, as well as my need for an 'ADA Attendant' to assist me to and from chow, and on my call passes. I also have problems cleaning my cell on my own. I made the medical supervisor aware of my needs through multiple request slips and letters, I was provided with pain medication for a few weeks after falling off the top of a bunk bed while at Lawrence Correction Center on April 10, 2017, and after my prescription expired it was never renewed, and I

**Relief Requested:** I need some type of pain relief medication to help with my back pain, and need to be sent to see a specialist, and be assigned an ADA Attendant to help push me on my call passes.

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kent Stubbs — Offender's Signature | M51378 — ID# | 8/25/17 — Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

______ Print Counselor's Name | ______ Counselor's Signature | ___/___/___ Date of Response

RECEIVED
DEC 14 2017
ADMINISTRATIVE REVIEW BOARD

### EMERGENCY REVIEW

Date Received: 11/21/17 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] Chief Administrative Officer's Signature | 11/27/17 Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

have been left to suffer needlessly in pain ever since. I was provided a pain prescription by Dr. Shah, and a short time later, he was replaced by a New Doctor (Dr. Ahmed). My prescription expired and was never renewed, despite the fact that my pain was still extremely severe. I had not been examined or seen by the new Doctor or any other medical staff. No physical exam or determination had ever been made. My pain medication had simply not been renewed without any type of explination. At which time I wrote several request slips and letters to the Healthcare Supervisor "Mrs. Cunningham", Expressing my need for help in releaving my severe back pain. I explained how the pain I was Experiencing was unbareable, caused problems with me sleeping and just functioning on a daily bases. I've had several emergencies in the middle of the night where I tried to recieve medical attention, and I was denied any medical care. on June 6, 2017, I was in severe pain after trying to lift a box in my cell. I asked for emergency medical attention, and the officer on duty called medical and said he was told by one of the nurses that I could come over to medical, but I wont recieve any type of medication to treat my pain, and I will be charged a ($5.00) Co-Pay. It appeared to me by the staff's response that they were not interested in providing me with any medical help. And this type of denial by staff has since continued. I wrote a request slip to 'Mrs Cunningham' to complain about the way I have been denied meaningful treatment, and how I suffer with pain on a daily bases and I am not being prescribed any type of medication to help releave my daily suffering. I've also requested that I be sent to see a Neurologist or Nerve specialist, or someone who specializes in back injuries. - I have made every attempt to reach out to the medical supervisor for help. And I have recieved zero responses or any attempts by 'Mrs. Cunningham' to show any human compassion for the serious nature of my medical condition. I've been confined to a wheelchair and unable to function normally like I use to. It has caused me to become hopeless and depressed. I have made multiple written request over the past few months to 'Mrs Cunningham' and all of my request slips and letters have been ignored. They have refused to offer any response. It is my belief this is an intentional and deliberate attempt By 'Mrs Cunningham' and the medical care providers to Delay and deny much needed treatment, by trying to avoid any real medical diagnosis on my back injury. for the past

(See next Page)

Printed on Recycled Paper

Doc#3B
EX:14

five months my back pain has not improved, and often seems to be getting worse. I was provided 'physical Therapy' for a couple months, and my condition did not improve at all. Although I would sometimes leave with a feeling of momentary relief from the back treatment I recieved. But the relief was only short and ~~temporary~~ temporary, and sometimes the pain was made worse by the physical therapy. and the Agonizing pain would last for days or even longer, making it impossible to function normally. I do not want to be stuck in a wheel chair for the rest of my life. But its my Belief That my back will not be improved without some type of real treatment or Back Surgery. And I would like the institution to send me to A specialist, and provide me some type of medication to help with the daily pain until ~~to~~ my back has gotten better. I do not have any confidence in Dr. Ahmed to treat my back injury, and I'm asking 'Mrs Cunningham' as the medical supervisor to please look into this matter more seriously, and provide me the Help and Treatment That I need.

RECEIVED
DEC 14 2017
ADMINISTRATIVE REVIEW BOARD

Doc # 4
EX: 14

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Request

Offender Name: Kent [illegible] ID #: [illegible] Living Unit: [illegible]

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: Warden "Lamb"

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Need ADA Pusher

for the purpose of (explain): for months I have been writing medical to make them aware of my need for ADA assistance. I have never been assigned a pusher to help me to and from chow or (See Back) →

[illegible] Offender's Signature

10/20/17 Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): You are scheduled 10/27/17 for an assessment of your ADA needs

Remarks by supervisor (if necessary):

Print Staff Name

[signature] Staff Signature

10/26/17 Date

Print Supervisor Name

Supervisor Signature

Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

on call passes. for months I have been asking different inmates around me for help. But sometimes I dont have anyone to push me and I have to push myself, and end up causing more pain and injury to my back. most times the pain is too much and I cant push myself. Recently, for the past week, I have not been able to get any of the inmates to push me, so I had to push myself to Lunch and Dinner and on call pass. on (10/17/17), I had to skip dinner because I had no one to push me to chow and my back was Aching really bad. I had pushed myself to Lunch, but later that afternoon my back was Aching and throbbing and I could not get anyone to push me so I could not go to chow because it would be too much on my back. So once again I am asking that I please be assigned An ADA-Attendant to Assist me (Thank you) ______

my copy

Doc #5

Ex: 14

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C - 41

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: (HCU) Medical Supervisor

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Need ADA Pusher

for the purpose of (explain): For months, I have been writing medical to make them aware of my need for ADA Assistance. I have never been assigned a pusher to help me to and from chow or on call passes. For months (see back)

Kent Stubbs — Offender's Signature

10/20/17 — Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) :

Print Staff Name

Staff Signature

Date

Remarks by supervisor (if necessary) :

Print Supervisor Name

Supervisor Signature

Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

I have been asking different inmates around me for help. But sometimes I don't have anyone to push me and I have to push myself, and end up causing more pain and injury to my back. Most times the pain is too much and I can't push myself. Recently for the past week, I have not been able to get anyone to push me so I had to push myself. on (10/17/17) I had to skip dinner because my back was in extreme pain and aching really bad, and I did not have anyone to push me to chow and back. Most inmates don't wanna push me unless I pay them or give them something. I had pushed myself to lunch, but later that afternoon my back was aching and throbbing and I knew I would not be able to push myself so I could not go to chow. I asked the Lieut. if he would bring me a tray, and he said he would see, but I did not get a tray, so I did not eat. — So once again I am pleading and asking that I be assigned an ADA attendant to help push me to chow so that I don't have to cause any more pain and injury to my back. (Thank you) ___

My Copy

Doc # 6

Ex: 14

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: Downing (Head Counselor)

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Emergency Grievences

for the purpose of (explain): I Submitted multiple grievences to mrs. ulrick, including (TWO) Emergency grievances that were placed in the grievence Box, around about (11-8-17 and 11-16-17) in which I → (See back)

Kent Stubbs 11/28/17

Offender's Signature Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) :

Print Staff Name

Staff Signature Date

Remarks by supervisor (if necessary) :

Print Supervisor Name

Supervisor Signature Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

have not recieved any response to these Emergency grievances. On or about 11/15/17, I was informed by Mrs. Ulrick that she would not be addressing some of my grievences and instead she has forwarded the grievences to you for review. I have sent Mrs Ulrick a request to see if these Emergency grievences are apart of the grievences that were sent to you, but I never recieved a response from Mrs. Ulrick into my inquiry. It is further my understanding that Emergency grievences are suppose to be sent Directly to the warde (or) chief Administrative offices, and therefore should not have been delayed or hindered from response. Yet, I have not recieved any response in nearly 3-weeks from one of the grievences I submitted (Emergeny Grievence) which usually only ~~take~~ seven days to recieve a response. I have also not been contacted by you regaurding the grievences that "Mrs Ulrick" sent you. Please let me know if there is anything you need from me (Thank you)

EX 15A

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

| Date: 10/18/17 | Offender: (Please Print) Kent Stubbs | ID#: M51378 |
|---|---|---|
| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. | |

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): ______

☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** Since I injured my back in a fall from the top bunk, in 3-house several months ago, I've submitted multiple Emergency-grievences to the warden regarding the serious and blatant neglect by medical staff as well as prison officers for failing to respond properly to several of my emergency medical request. I even submitted a letter to the warden explaining how I've been denied treatment for pain, and have not been assigned an 'ADA-Attendant' to help me, even though I have a severe back injury and experience extreme pain when I'm forced to push myself. I have also expressed my lack of confidence in the current (See Back)

**Relief Requested:** *- See Relief on The bottom of back, (Page-2).

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kent Stubbs (Offender's Signature) M51378 (ID#) 10/18/17 (Date)

**(Continue on reverse side if necessary)**

## Counselor's Response (if applicable)

Date Received: ___/___/___

☐ Send directly to Grievance Officer

☒ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED
OCT 23 2017
ADMINISTRATIVE REVIEW BOARD

______ Print Counselor's Name ______ Counselor's Signature ___/___/___ Date of Response

## EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature ___/___/___ Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

doctor and medical Staff, and have asked to be sent to see a Specialist who knows about nerve damage and back injuries. I expressed my need for help, and asked the warden to please respond to my request in writing. But I never recieved any reply at all from the warden. Even after my grievences and letters to the warden, my needs have not been properly met or even addressed. The warden, through his non-Action or failure to act, has shown deliberate neglect, and indifference towards the suffering and abuse I have been subjected to by prison staff. Every Emergency grievence I submitted involving my Serious medical needs have been deemed a non-Emergency, in which the warden has expressed no interest or concern for my Health and Safety, and by his non-action has allowed this medical mis-treatment to go ~~unaddre~~ unaddressed, the warden has failed to offer any type of help to try and resolve any of my concerns. And through my many grievences it is clear the institution does not have an adiquate grievence System in place that's committed to help resolve any inmate issues, but instead has a grievence System that ignores inmate's needs completely and offers no Solutions.

-Since my injury after falling from the top bunk, I am not able to Stand up or walk because of an overwhelming extreme pain it causes in my lower back. And I am not able to function the way I use to. I have problems performing basic daily functions because of my pain that has gone untreated. For months the doctor (Dr. Ahmed), and the medical Supervisor/Director (mrs. Cunningham) both refused to provide me with medication to help relieve or treat my pain. At times the pain seems to increase and is unbareable, making it hard to even get out of bed, and my butt is soar all the time from sitting, and medical staff has refused to give me a seat cushion to help relieve the pain and discomfort on my bottom.

*-Relief Requested: That I be sent to an outside Specialist to examine my back and create a plan of care that will help me to properly recover and provide Surgury if needed, I would also like to be provided the same care as other 'ADA' inmates and be assigned an 'ADA Attendant' to help me to and from Chow and call passes until my condition has greatly improved. I would also like to be transferred to another Prison with a more qualified doctor and medical director/coordinator.

EX: 15 A

TO: Warden Lamb

Housing: 7C - L1

FROM: Kent Stubbs #M51378

RECEIVED
OCT 23 2017
ADMINISTRATIVE REVIEW BOARD

NEED: I Submitted an Emergency - Grievence on 6/4/17, that outlined some very serious problems that pose a Risk to my Immediate Health and well being, and you have deemed them to be non-Emergencies So by your Standard I would like to know in writing what constitutes an Emergency?
I would Also like to know How my Grievence Submitted 6/4/17, was not an Emergency, when I fell off the top of one of the prison Bunk beds, Severely injuring my Back, now I'm in a wheel-chair, in extreme pain, and a Doctor who I have only spoken with once for 5-minutes, who has 'NEVER' Examined me, decides I don't need any pain medication at all, and then tells me to get up and learn to live with the pain. - I don't know where this doctor came from, he Just popped up one Day and now He's ordering me to get up and live with my pain. He has no idea How hard I've been working and how I've been Struggling to get out This chair. —

HIS Actions have done Nothing but caused a Set-back in The progress I was making. None of The Staff here has Assisted me or worked with me to try and get up. I've Been Doing That on my own. — I have not even Been provided an (ADA) Attendant to push me, and with my back injury, you would think That would have been The first thing the Doctor did, it feels like I'm Being singled out for unfair Treatment. THIS IS SERIOUS! I HAVE Back pain! I Should have A Pusher! Everytime I have To push my self a long distance, I RISK further injuring my Back. And The Doctor canceling my Pain meds have done nothing But cause me to Suffer for no good reason, and I Don't have The freedom of going and getting a Second doctor's oppenion or going to Another Hospital for better treatment — THIS IS Cruel! - And It IS AN Emergency!!

Signed: Kent Stubbs #m51378 Dated: 6/12/1

EX 15A

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

R7CL01

Offender: Stubbs (Last Name) Kent (First Name) ___ (MI) M51378 (ID#)

Facility: Lawrence

☒ Grievance: Facility Grievance # (if applicable) ___ Dated: 10/18/17 or ☐ Correspondence: Dated: ___

Received: 10/23/17 (Date) Regarding: Warden "non action" in answering grievances on medical tx for back pain.

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☒ This office previously addressed this issue on 7/26/17; 10/30/17 (Date) (Both grievances returned to offender)
- ☐ No justification provided for additional consideration.

Other (specify): No dates of incidents, Fails to comply w/ DR504.

Completed by: Sarah Johnson (Print Name) [signature] (Signature) 10/30/17 (Date)

DOC 0070 (Rev.5/2017)

Distribution: Offender, Inmate Issues

Printed on Recycled Paper

Ex 15 B

E18 LO1

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

Date: 10/23/17

Offender (Please Print): Kent Stubbs

ID#: M51378

Present Facility: Lawrence C.C.

Facility where grievance issue occurred: Lawrence C.C.

NATURE OF GRIEVANCE: E.945 RCVD 10-24-17

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☒ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify):

☐ Disciplinary Report: / / Date of Report — Facility where issued

11-17-43

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On (10/17/17) I missed Dinner because my back was hurting and I was not able to push myself to the chow hall: For the past 6-months that I've been in a wheel chair, I've written dozens of request (To HCUA "Cunningham", Doctor Ahmed, Assistant warden Brookhart, and warden Lamb) asking to be assigned an 'ADA-pusher', because whenever I have to push myself I risk further injury to my back because I am currently suffering chronic back pain. whenever I push myself a far distance, or I'm being really active, my back pain increases 100 percent. I do not have a pusher assigned to me, so (see Back)

Relief Requested: That I be assigned a pusher Immediately to help relieve the pain on my back caused when I have to push myself.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kent Stubbs — Offender's Signature | M51378 — ID# | 10, 23, 17 — Date

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: 10, 27, 17

☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Offender has been seen by MD, permit for ADA pusher given. Placement will assign ADA for offender.

K Ulrich CCII — Print Counselor's Name | [signature] — Counselor's Signature | 10/27/17 — Date of Response

## EMERGENCY REVIEW

Date Received: 10/25/17

Is this determined to be of an emergency nature?

- ☐ Yes; expedite emergency grievance
- ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] — Chief Administrative Officer's Signature | 10/25/17 — Date

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

I have been asking different inmates who I dont really know, if then would push me to and from chow. And when I go on call passes, I end up asking strangers that I see walking if they would push me over to medical or the Law Library. Some inmates don't mind pushing me once or twice, but most of the inmates don't wanna push me for free. Sometimes I have had to give food off my Lunch or Dinner tray to pay inmates to push me, or promise to buy an Inmate Something from Commissary. And when I can't afford to keep paying, no one wants to push me. for the past week I've not had anyone pushing me, so I've been pushing myself, on 10/17/17, during Lunch, I pushed myself over to chow hall and back. But in the evening time for dinner my back was in pain and made it impossible to push myself over to the chow hall and back, So I asked the Lietenant on duty if he could please bring me a dinner tray because my back was hurting and I couldn't push myself over to the chow hall. The Lietenant asked me where was my pusher, and I told him I did not have one. He then Said he would ask my unit officer (officer Burgess) to bring me back a tray. But when The unit returned from chow, officer burgess did not bring me a tray. He Said the Lietenant did not tell him. To bring me a tray. and He asked me how come I did not go To chow, and I explained That I couldn't push myself to chow because my back was aching. Burgess asked me what happen to my pusher. in which I explained that I never had a pusher, even Though I've made many request. Inmates on my wing have been pushing me, but They want me to pay them. No one wants to push me for free, So They have stopped. It is also not fair to me that I Should have to keep asking different inmates, or have to pay food or commissary to get Someone to push me. The prison institution has an 'ADA-program' that's Suppose to help by assigning an 'ADA' to push or Assist me while I'm in a wheelchair. Everytime I push myself I risk further serious injury, and cause Tremendous pain To my back. And with my degree of back pain and injury, there is no reason why I Should not have an 'ADA-pusher assigned to me.

Ex. 15 B

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

Date Received: **11/06/2017** Date of Review: **11/20/2017** Grievance # (optional): **11-17-43**

*Offender:* **STUBBS, KENT** ID#: **M51378**

*Nature of Grievance:* **ADA Disability**

**Facts Reviewed:**

***Offender*** STUBBS M51378 claims that he is in a wheelchair and is in need of an ADA Wheelchair Attendant.

***Relief Requested;*** *That I be assigned a pusher immediately to help relieve the pain on my back caused when i have to push myself."*

A review of the 10/23/17 grievance show that the grievant claims he relies on a wheelchair to relieve back pain and multiple requests have been sent to the LCC HCU in regards to an ADA Wheelchair Attendant. Grievant claims that having to wheel himself back and forth to Dietary causes his back pain to increase.

Adittionally, CCII Ulrich states, "Offender has been seen by MD, permit for ADA pusher given. Placement will assign for offender."

***Recommendation:***

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **MOOT.** At the time of this review, the grieavant had already been assigned an ADA Attendant.

J. Garrett CCII
Print Grievance Officer's Name

[signature]
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

**Date Received:** 11 22 17 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature]
Chief Administrative Officer's Signature

11, 22, 17
Date

**Offender's Appeal to the Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Kent Stubbs
Offender's Signature

M51378
ID#

12 / 14 / 17
Date

Ex: 15 B

Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court. P.O. Box 19277 • Springfield. IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: Stubbs, Kent

Date: 1/8/18

ID#: M51378

Facility: Lawrence CC

This is in response to your grievance received on 12/18/17. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 10/23/17 **Grievance Number:** 11-17-43 **Griev Loc:** Lawrence CC

☐ Transfer denied by the Facility

☐ Dietary

☐ Personal Property

☐ Mailroom/Publications

☐ Assignment (job, cell)

☐ Commissary / Trust Fund

☐ Conditions (cell conditions, cleaning supplies, etc.)

☐ Disciplinary Report: Dated: ________ Incident # ________

☒ Other Medical/ADA: grieves he missed chow on 10/17/17 due to back pain and need for an ADA pusher

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden ________ is advised to provide a written response of corrective action to this office by ________.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

☒ Other: Moot, per staff a permit for an ADA pusher has been provided.

FOR THE BOARD: [signature]
Sarah Johnson
Administrative Review Board

CONCURRED: [signature]
John R. Baldwin
Acting Director
1/10/18

CC: Warden, Lawrence Correctional Center

K. Stubbs, ID# M51378

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

my copy

Ex. 16 A

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-41

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: Medical Supervisor (Mrs Cunningham)

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Back Pain

for the purpose of (explain): I was placed on Naproxen for chronic pain A few weeks Ago, but The Naproxen is not Helping. I have made Similar complaints in The past That were ignored, and I

Kent Stubbs
Offender's Signature

9/22/17
Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) :

Print Staff Name

Staff Signature

Date

Remarks by supervisor (if necessary) :

Print Supervisor Name

Supervisor Signature

Date

Distribution: Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

am making an attempt to once again address [illegible].
I don't know much About medication, but I was given Naproxen once before and it did not Help, and it does not seem to be helping now. I would like to be put on a different type of pain medication, or be sent to see a neuralogist ~~who~~ understands severe back pain. Thank you

My Copy

Ex #16 B

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: (HCUA) - Cunningham / Dr. Ahmed

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Back Pain

for the purpose of (explain): I woke up for Breakfast and could barely climb out of bed because my back was in extreme pain. After Breakfast I layed back down and several hours later I → (see Back)

Kent Stubbs
Offender's Signature

10/2/17
Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) :

Print Staff Name

Staff Signature

Date

Remarks by supervisor (if necessary) :

Print Supervisor Name

Supervisor Signature

Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

woke up still in extreme pain, as I climbed out of bed. I am sitting in my wheel chair and my back is now aching and throbbing with pain. This type of pain has been on going for months. Some days the pain seems worse then others, but the pain is constant and daily. I am currently taking 'naproxen' But it has not alevlating any of The pain.

Ex: 16 C

my copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-41

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: (HCU) - medical

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) (Serious) Back Pain

for the purpose of (explain): for the past month I've been feeling this constant strong pain and pressure on the mid-center area of my back. It feels like someone got their knee in → (See Back)

Kent Stubbs 10/15/17

Offender's Signature Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : ____________________

Remarks by supervisor (if necessary) : ____________________

Print Staff Name

Print Supervisor Name

Staff Signature Date

Supervisor Signature Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

my back and times I feels hard to breath.
Last night The pain Seem to worsen and it kept me up and I couldn't Sleep. Breathing Seem to make my back hurt and it feels like it Just keeps getting worse. The pain and feeling of pressure is constant Throughout The day. I really need To see Somebody because the pain is becoming more and more unbareable.

Ex. 16 D

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Request

Offender Name: Kent Stubbs ID #: N15137B Living Unit: 7C - L1

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: HCU medical [illegible]

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) need ADA pusher

for the purpose of (explain): for months I have been writing medical to make them aware of my need for ADA assistance. I have never been assigned a pusher to help me to and from chow or on call passes (see back) →

Kent Stubbs — Offender's Signature

10/20/17 — Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) :

Print Staff Name

Staff Signature

Date

Remarks by supervisor (if necessary) :

Print Supervisor Name

Supervisor Signature

Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

For months I have been asking different inmates around me for help. But sometimes I don't have anyone to push me and I have to push myself, and end up causing more pain and injury to my back. most times The pain is Too much and I can't push myself. Recently for The past week, I have not been able To get anyone to push me So I had to push myself. on (10/17/17). I had to skip dinner because my back was in extreme pain and aching really bad, and I did not have anyone To push me to chow and back. most inmates don't wanna push me unless I pay Them or give Them something. I had pushed myself to lunch, but later That after noon my back was aching and throbbing and I knew I would not be able To push my-Self So I could not go To chow. I asked The lieutenant, if he would bring me a tray, and he said he would See, but I did not get a Tray, so I did not eat. - once again I am Pleading and asking That I be assigned an ADA Pusher To help me To and from chow So I don't have To cause any more Pain and injury To my back. (Thank you)

Ex. 16 E

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Request

Offender Name: Kent Stylus ID #: M51373 Living Unit: ______

Job Assignment: ______ Shift: ______

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: "Lamb"

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) need ADA pusher

for the purpose of (explain): for months I have been writing medical to make them aware of my need for ADA assistance. I have never been assigned a pusher to help me to and from chow or (See Back) →

Kent Stylus — Offender's Signature

10/20/17 — Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : ______

Remarks by supervisor (if necessary) : ______

Print Staff Name

Staff Signature

Date

Print Supervisor Name

Supervisor Signature

Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

on call passes. For months I've been asking different inmates around me for help. But Sometimes I don't have anyone to push me and I have to push myself, and end up causing more pain and injury to my back. Most times the pain is too much and I cant push myself. Recently, for the past week, I have not been able to get any of the inmates to push me, So I had to push myself to Lunch and dinner and on call pass. On (10/17/17), I had to skip dinner because I had no one to push me to chow and my back was aching really bad. I had pushed myself to Lunch, but later that afternoon my back was aching and Throbbing and I could not get any-one to push me, So I could not go to chow because it would be too much on my back. So once again, I am asking that I please be assigned an ADA-attendant to assist me. (Thank you) ___

EX 16 F

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: Kent Stiles ID #: N51373 Living Unit: 7C-L1

Job Assignment: n/a Shift: n/a

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: Counselor Ulrick

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Need ADA - Pusher

for the purpose of (explain): Dr. Ahmed Received my wheel-chair and gave me a permit for ADA - Pusher - But I have not been Assigned A pusher yet. Can

Kent Stiles — Offender's Signature

10/30/17 — Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): Placement has been notified.

Remarks by supervisor (if necessary):

Print Staff Name

K Ulrick — Staff Signature

10/31/17 — Date

Print Supervisor Name

Supervisor Signature

Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

you Please check into This for me.

Thank you ———

I sent a request To Mrs weaver in Placement on 10/24/17, and I have not yet gotten a response, ———

my copy

166

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-41

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: HCU (Medical) Dr. Ahmed

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Back Pain

for the purpose of (explain): Dr. Ahmed told me I need to get up and try to Stand and Exercise, So I've been Trying. and the more I Try the more Pain I am feeling in my Lower Back → (See Back)

Kent Stubbs 11/6/17

Offender's Signature Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) :

Print Staff Name

Staff Signature Date

Remarks by supervisor (if necessary) :

Print Supervisor Name

Supervisor Signature Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

and Now I'm having a hard time getting out of bed into my wheel chair. The stabbing pain in my right mid-Lower back has been Aggrivated and the throbbing pain in the center lower part of my back has increased, and I'm starting to get mustle spasms in my Legs.

My Copy

Ex 16 I

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: (HCU) Medical

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Back Pain

for the purpose of (explain): I've Been Barely able To get out The Bed in The mornings. My Back is in Extreme pain. I can Barely sleep at night. THis has been ~~on~~ (see Back)

Kent Stubbs 11/18/17

Offender's Signature Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : ______

Remarks by supervisor (if necessary) : ______

Print Staff Name

Print Supervisor Name

Staff Signature Date

Supervisor Signature Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

on going Issue. During The Night, The pain seems To worsen in The upper part of my back and makes it hard for me To move or sleep. I wake up in serious agonizing pain.

EX: 17A

1

To: Dr. Louis Shicker, Medical Dir.
James R. Thompson center
100 W. Randolph, ST. Suite 4-200
Chicago, IL. 60601 (EX: 17A)

Date: 11/12/17

Dear, Dr. Shicker,

I am writing in regards to my current medical conditions and concerns here at Lawrence C.C. I have written countless request slips, letters, and grievences to (HCUA) Cunningham and Dr. Ahmed, regarding my need to see a specialist who's familiar with back injuries and nerve damage. Six months ago I fell backwards several feet off the top bunk and injured my lower back. I have since been in a wheel chair. I cannot stand straight or apply my entire body weight to my legs when I stand. For six months I have been experiencing severe sharp shooting pains in the mid-Lower left side of my back, and throbbing pain in the center lower part of my back. I have tried exercising and made repeated attempts to stand in spite of the pain, and the pain and throbbing has only been getting aggrivated by each attempt. I have complained on numerous occassions to medical staff and spend many nights laying in my cell in pain. For months I requested pain medication and was denied and recieved nothing for my pain, and was also denied emergency care and ADA assistance.
Despite the fact that I was suffering chronic back pain, I was still forced to push myself to and from chow and on call passes, causing myself further pain and injury. Now after several months of asking I've been provided ADA assistance and I've been

Ex: 17A

2

provided a pain medication, and mustle rub. But the current pain medication and mustle rub does nothing to eleviate the pain, and I have written over and over dozens of Request and even more grievences complaining about lack of adiquate care and poor treatment I've recieved, and my continued suffering of ~~____~~ chronic pain. I have recieved little or no response to my medical request. I've been ignored by the doctor (Ahmed), and by (HCUA) Cunningham. I've been told through the grievence process to continue reporting my Illnesses and needs to medical, but the medical administration does not seem to be listening and I continue to suffer with pain. The injury to my back has not gotten better at all. It is my belief that I've suffered a nerve injury and require care from someone with experience in treating back injuries. The current care I'm recieving is not appropriate. I would like to see a specialist and recieve outside treatment because the medical staff here at Lawrence does not seem to have the experience needed, and have ignored my every request. Any help you can give me in recieving the treatment and care I need would be greatly Appreciated.

Signed: [signature] Dated: 11/12/17

Ex 17 B

To: Stacey Eugene (CEO)
Wexford Health
501 Holiday Drive
Foster Plaza Four
Pittsburgh, PA. 15220

(EX: 17 B)

Date: 11/12/17

Dear Mr Eugene,

I am writing in regards to my current medical conditions here at Lawrence CC.

I have written multiple request slips, letters, and grievences To (HCUA) Cunningham and Dr. Ahmed, regarding my need to see a specialist who's familiar with back injuries and nerve damage. Six-months ago I fell backwards several feet off the top bunk bed injuring my lower back. I since been in a wheel chair. I cannot stand straight or apply my entire body weight to my legs when I stand. For six-months I have been experiencing severe sharp shooting pains in the mid-lower left side of my back, and throbbing pain in the center lower part of my back. I have tried exercising and made repeated attempts to stand in spite of the pain, and the pain and throbbing has only been aggrivated by each attempt. I have complained on numerous occassions to medical staff and spend many nights laying in my cell in pain. For months I requested pain medication and did not recieve anything at all for my pain, and I was denied emergency care, and denied ADA assistance. Despite the fact I was suffering chronic back pain, I was forced to push myself to and from chow and on call passes, causing myself further pain.

Now after several months of complaining, I have finally recieved an ADA Attendent, and I've been placed on

Ex. 17 B

a pain medication that does not work. I've also been given mustle rub, which does nothing to eleviate The pain. I have written dozens of request and even more grievences complaining about The poor Level of care and medication, and my continued Suffering of chronic pain. I was informed through the grievence process to continue reporting my Illnesses and needs to medical, but all of my efforts seem useless, and no one seems to be listening. The injury to my back has not gotten better at all. It is my strong belief that I have Sufferd Some kind of nerve damage, and require the care of a nerve Specialist or Someone with experience in Treating back injuries, because The care and treatment being provided by the Lawrence medical staff has been far from Appropriate or helpful. Every request for Approval to See a SpecialIST or To Seek outside Treatment have been completely ignored.

Any help you can give me in recieving treatment and care I need would be greatly Appreciated.

Signed: [signature] Dated: 11/12/17

EX. 11B

*October 24, 2017*

Mr. Kent Stubbs #M51378
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

Subject: Your Recent Letter

Dear Mr. Stubbs:

We are in receipt of your recent letter dated October 1, 2017.

Please remember to follow the established sick call process and grievance procedure at the facility to have your medical concerns addressed.

Please be assured that the medical staff at Lawrence Correctional Center is comprised of qualified and dedicated professionals who are there to assist your medical needs.

Very truly yours,

**Wexford Health Sources, Inc.**
**Risk Management Department**

Ex: 17C

R7-CL-01

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

Date: 1/20/18 | Offender: (Please Print) Kent STUBBS | ID#: M51378

Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☒ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): ______
- ☐ Disciplinary Report: __/__/__ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): For nearly Nine-months that I've been in a wheelchair, I have repeatedly been descriminated against, and denied the same rights, benifits, and previledges as other inmates in a wheel chair with ADA-needs. I have been constantly denied ADA-care and ADA-Assistance for several months. I wrote request slips and grievences to the Doctor, Administrator Mrs. Cunningham, IDoc Medical Director, and The warden Nicholas Lamb, complaining about me being constantly denied the right to recieve ADA-Assistance, and to Attend ADA-gym, for the purpose of

Relief Requested: That I recieve reliable medication for pain and Joint discomfort, proper ADA-assistance and Access, and air cushion for my Butt, And a more Thorough Back exam for Nerve damage

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kent Stubbs (Offender's Signature) | M51378 (ID#) | 1/20/18 (Date)

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 1/22/18 ☒ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per HCUA Cunningham, I/M Stubbs has a medical permit for ADA gym dated 10/25/17 thru 4/25/18. I/M Stubbs continues to be seen and treated by licensed Illinois physician within community standards of care and medical records show all prescribed medication is being administered as ordered by physician. ADA Att. assigned

K Ulrich CCII (Print Counselor's Name) | K Ulrich (Counselor's Signature) | 1/29/18 (Date of Response)

**EMERGENCY REVIEW**

Date Received: __/__/__ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature | __/__/__ Date

trying to help rehabilitate myself after falling and severely injuring my back on 4/10/17. - On 10/25/17, after countless request slips and grievences, I was finally provided a permit for ADA-Pusher To help me, and to Attend ADA-gym. And since I recieved my permits, I have repeatedly been without a ADA-Pusher, and been denied the right to Attend ADA-gym as was Authorized by The medical permit provided by Dr. Ahmed. And despite many attempts To show The many officer's working on my wing my medical permit, They have repeatedly told me that I'm not on The officer's movement sheet, and Therefore I can not attend ADA-gym. I wrote request slips to medical to make Them aware of my need to be added to the officer's movement sheet so that I won't continue being denied permission to attend ADA-gym. (See Attached Documents). Days later, on 10/31/17, I was seen by a Nurse who was responding to my request to be added To The officer's movement sheet. The Nurse instead provided me with an updated 'ADA gym permit', and gave a copy To The officer in The Bubble to place into the officer's Log Book for Permits, Authorizing me to Attend ADA-gym, and The nurse said as long as I have my permit I don't have To worry about my name not being on The list, and she stated that if anyone gives me a hard time, tell them to call over to medical. - Shortly after that, I was placed on C-grade, and officer Welsch The unit officer, Told me I could not attend ADA-gym because I was on C-grade. I explained To The officer That I had A medical permit, and ADA-gym Is a part of my medical Therapy and rehabilitation, but he still said I could not go as long as I was on C-grade. On 1/9/18, my C-grade ended, and I was placed on B-grade. (and according To the officer's original statement about C-grade) I was (Now) able To attend ADA-gym Because I was no longer on C-grade. - On 1/19/18, I tried to attend ADA-gym and was again told I was not on the ADA-gym List. The officer on Duty, "Zea" said I would not be allowed to go despite The fact That I had a medical permit from Dr. Ahmed granting me medical permission To Attend ADA-gym for The purpose of rehabilitation. After showing my permit to both officer Zea, and Lietenant Gilbert, and being denied permission To attend ADA-gym, I asked Them both to please call over To medical, but neither seemed willing To call To confirm

that I was in fact Authorized and Should be allowed To attend. - Since I have been in this wheel chair, I have gained weight and lost lots of muscle and feel like my body has been Slowly ~~[illegible]~~ deteriorating. I have Gnumbness in my Legs, Pain in my Arms and Knees, and because of my weight gain from being in This wheel chair. When I do try to Stand I can feel The weight and pressure on my legs and knees. - ADA-gym is very important to my efforts to rehabilitate myself, and regain mustle and the Strength that I have Lost in my Joints and Limbs. I have Been in This wheel chair Since 4/10/17, and on 10/25/17, after months of asking for an ADA-gym permit, I was approved. And Shortly After my approval I was placed on C-grade and denied permission to attend ADA gym as punishment. AT the time I told the officer welsch, That I Should not be denied ADA-gym, even if I am on C-grade because this is a medical Permit, and part of my physical rehabilitation, and the longer I am without opportunity to recieve physical exercise or Therapy, The more I am suffering The lost of mustles and Strength in my Joints. It was and Still is my belief that I never Should have been denied ADA-gym because of C-grade, and (Now) That I'm No longer on C-grade and no longer restricted from attending ADA-gym, I Should have not been Denied the right To Attend ADA-gym on 1/19/18, by officer 'Zea', or The Lietenant Gilbert, because my permit is a medical permit provided by The Doctor, for The Purpose of medical Rehab. ~~[illegible]~~ To Deny me The right to attend, is to violate or enterfear with a medical order by The Doctor. It has been 3-months Since I was issued a permit, and I have (NOT) Been allowed To attend ADA gym but one Time. I am Also Currently again without an ADA-Pusher and have had To either Skip Chow or ask Someone To push me. Something is very wrong and disheartening about The way I've been treated Since I've been injured and have needed medical care and assistance. I have no desire To be in a wheelchair, especially while in jail, Struggling daily with back pain and pain in my Butt because medical Staff refuses To provide me An air Cushion. And no matter how much I Complain, it Seems very little is being done to help or provide proper Treatment.

EX: 17 C

My Copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A Shift: N/A

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: (HCU) Medical

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) ADA Gym LIST

for the purpose of (explain): my name is not on the ADA Gym LIST (or) on The officer LIST in 7-House. The Doctor gave me a 'one-year' ADA gym permit, but The wing officer keeps Telling me → (see Back)

Kent Stubbs 12/8/17

Offender's Signature Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) :

Remarks by supervisor (if necessary) :

Print Staff Name

Print Supervisor Name

Staff Signature Date

Supervisor Signature Date

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

OERRM178

AS OF DATE: 1/18/2018

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER 360
GRADE DEMOTION NOTIFICATION

PAGE: 39
RUN DATE: 1/18/2018
RUN TIME: 11:00:07 AM

INSTITUTION: LAWRENCE

IDOC# : M51378 NAME : KENT STUBBS LIVING UNIT : LAW:LAW:R7:CL:01:U1

DUE TO AN ADJUSTMENT COMMITTEE HEARING, YOU HAVE BEEN DEMOTED TO B GRADE AS OF 1/9/2018. YOU WILL RETURN TO A GRADE ON 4/9/2018.

GRADE DEMOTIONS ARE COMPUTED CONSECUTIVELY TO PRIOR DEMOTIONS, WHEN APPLICABLE, INCLUDING DEMOTIONS RECEIVED AT OTHER FACILITIES.

FROM: RECORDS OFFICE

my name IS not on hIS call Pass Sheet.

I would like for Someone to Please make Sure my name IS added To The weekly ADA-gym Schedule, — Thank you —

Ex: 17C

my copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1
Job Assignment: N/A Shift: N/A

Please refer to the directory located in your orientation manual and address proper personnel.

To: Mrs. Weaver (Placement)

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) need New ADA - Attendent

for the purpose of (explain): my ADA-pusher Transferred to Another Prison, and I currently (Do-NOT) have a pusher. I can not push myself to chow because of my back Pain.

Kent Stubbs 1/9/18
Offender's Signature Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : Remarks by supervisor (if necessary) :

Print Staff Name Print Supervisor Name

Staff Signature Date Supervisor Signature Date

Distribution: Affected Unit DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

my copy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1
Job Assignment: N/A Shift: N/A

Please refer to the directory located in your orientation manual and address proper personnel.

To: (Hcu) Medical [illegible]

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Need air cushion

for the purpose of (explain): I have Developed Sores on my Butt, and its Becoming very uncomfortable for me to Sit. I would like to recieve a Seat cushion / Air Cushion to help (see Back)

Kent Stubbs 7/10/17
Offender's Signature Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : Remarks by supervisor (if necessary) :

Print Staff Name Print Supervisor Name

Staff Signature Date Supervisor Signature Date

Distribution: Affected Unit DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

Please assign me a new ADA - Attendent, I am still in a wheelchair and need assistance ——

Thank you ——

with The discomfort and raw Pain in my Butt.

Thank you

——

my copy

EX: 17C

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A Shift: N/A

Please refer to the directory located in your orientation manual and address proper personnel.

To: (HCU) Medical - Doctor

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Leg spasms / gnumbness

for the purpose of (explain): I have Been experiencing spasms in my legs and Gnumness in my legs off and on, and pain in my Right knee, and I have a (See Back)

Kent Stubbs
Offender's Signature

1/8/18
Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) :

Remarks by supervisor (if necessary) :

Print Staff Name

Print Supervisor Name

Staff Signature Date

Supervisor Signature Date

Distribution: Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

my copy

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: Kent Stubbs ID #: M51378 Living Unit: 7C-L1

Job Assignment: N/A Shift: N/A

Please refer to the directory located in your orientation manual and address proper personnel.

To: (HCU) Medical (Mrs Cunningham)

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) Need Seat Cushion

for the purpose of (explain): on Monday, Jan 15, 2018, I met with Dr. Shah, in which I discussed several medical issues, including my need for a seat cushion because my Butt is soar and (see Back)

Kent Stubbs
Offender's Signature

1/19/18
Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) :

Remarks by supervisor (if necessary) :

Print Staff Name

Print Supervisor Name

Staff Signature Date

Supervisor Signature Date

Distribution: Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

"Raw" Sores on my Butt, from sitting. I need a seat cushion.

Thank you —

feels "Raw" from sitting. As you can see I have Been requesting a Seat cushion for several months (See Attached request slip). I have Also wrote in multiple grievences as well, and I've not Been provided a cushion. when I Spoke with Dr. Shah on 1/15/18, I did not recieve any response to indicate if he would or would not provide me with a cushion, So I would please like to recieve a response to my Request.

Thank you —

EX: 17 C

Illinois Department of Corrections

**MEDICAL PERMIT**

**Lawrence Correctional Center**

Offender Name: Stubbs Kevin Offender Number: M 51378

Housing Unit: ____________

| | |
|---|---|
| ☒ New Order | ☐ Renewal |
| ☐ Change | ☐ Cancel |

☒ Low Bunk - Per Physician Orders the above named inmate is to have
☒ Low Gallery - a low bunk/low gallery due to his medical conditions.
See start Date below.

| | | |
|---|---|---|
| ☐ Medical | ☐ ADA | ☐ State Boots |
| ☐ Cane | | ☐ Special Shoes: ____ |
| ☐ Orthopedic | | |
| ☐ Crutches | | ☐ Contacts |
| ☐ Other: | | |
| ☐ Walker | | ☐ Fan |
| ☐ Slow Walk | | ☐ C-PAP Machine |
| ☐ Hearing Aid(s) | | ☐ No Gym/Yard |
| ☐ Wheel Chair | | ☐ Medical Lay-In |
| ☐ Other ADA: ADA Gym-ADA Rusher | | ☐ Other: |

Start Date: 10-25-17 Expiration Date: 4-25-18

Authorized By:

MD: Dr Ahmed [signature] Date: 10-31-17

PA: [signature] Date: ____________

Distribution: Inmate
Medical Records
☐ Clothing
☐ Personal Property
☐ Placement

*Printed on Recycled Paper*

LAW 0356 (Rev 10/2009)

Ex: 17C

Illinois Department of Corrections

**MEDICAL PERMIT**

**Lawrence Correctional Center**

Offender Name: STUBBS, KENT Offender Number: M51378

Housing Unit: 7C 1-7

| | |
|---|---|
| ☐ New Order | ☐ Renewal |
| ☐ Change | ☐ Cancel |

☑ Low Bunk - Per Physician Orders the above named inmate is to have
☑ Low Gallery - a low bunk/low gallery due to his medical conditions. See start Date below.

| | |
|---|---|
| ☐ Medical ☐ ADA | ☐ State Boots |
| ☐ Cane ☐ Orthopedic | ☐ Special Shoes: |
| ☐ Crutches ☐ Other: | ☐ Contacts |
| ☐ Walker | ☐ Fan |
| ☐ Slow Walk | ☐ C-PAP Machine |
| ☐ Hearing Aid(s) | ☐ No Gym/Yard |
| ☐ Wheel Chair | ☐ Medical Lay-In |
| ☐ Other ADA: ADA Gym ADA Pusher | ☐ Other: |

Start Date: ________ Expiration Date: 1 yr

Authorized By:

MD: [signature] Date: 10-25-17

PA: ________ Date: ________

Distribution: Inmate
Medical Records
☐ Clothing
☐ Personal Property
☐ Placement

*Printed on Recycled Paper*

LAW 0356 (Rev 10/2009)