# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENT STUBBS,** *Plaintiff,* | ) ) ) |
| vs. | ) CASE NO. 18-cv-408-RJD ) |
| **OFFICER BOWKER and OFFICER JOHNSON,** *Defendants.* | ) ) ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBBY ORDERED AND ADJUDGED** pursuant to the Order entered by the Court on June 1, 2021, that all claims have been settled or otherwise resolved and all Defendants are dismissed from this action with prejudice, each party to bear their own costs, unless otherwise provided in the settlement documents.

**DATED:  October 4, 2021**

> **MARGARET M. ROBERTIE**
> **CLERK OF COURT**
>
> By: *s/ Jamie Melson*
>       Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**